UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES EDELKIND, )<br>)<br>defendant. )<br>) | CRIMINAL NO. 04-10066-MEL |

CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE

(Pursuant to Federal Rule of Criminal Procedure 20)

I, Jamie Edelkind, defendant, have been informed that an Information is pending against me in the District of Massachusetts, in the above-designated case. I wish to plead guilty to the offenses charged in that Information, to consent to the disposition of the case in the Northern District of Georgia in which I am currently under arrest, and to waive Indictment in the District of Massachusetts.

dated: 03-15-04

_____
JAMIE EDELKIND

_____
(witness)

_____
ROBERT L. SHEKETOFF, ESQ.
Counsel for Jamie Edelkind

APPROVED

WILLIAM S. DUFFEY, JR.
United States Attorney
Northern District of Georgia

By: _____
RICHARD LANGWAY
Assistant U.S. Attorney

MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

By: _____
PAUL G. LEVENSON
Assistant U.S. Attorney

So ordered

_____ 3/25/04
Morris E. Lasker
USDJ