

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:** Clerks' Office
U.S. District Court
Richard B. Russel
Federal Building & Courthouse

75 Spring Street SW

Atlanta, GA 30303-3361

**RE:**

CIVIL ACTION #. _____

CRIMINAL #.   04-cr-10066-001-MEL

United States  V. James Edelking

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on March 25, 2004 by the Honorable MORRIS E. LASKER.

The following documents are included in our file and transmitted herewith:

( )   Certified copy of the docket entries;

( )   Certified copy of the transferral order;

( )   Certified copies of documents numbered 1-3

( )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date:  March 26, 2004              By: /s/ George H. Howarth
                                        Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on 3/29/04 and assigned the following case number: 1:04-CR-188-ODE

By: Melissa Sralongo
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)