CR 04-10066-MEL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

CRIMINAL SECTION
404-215-1615

July 28, 2004

Tony Anastas, Clerk
United States District Court
707 John W. McCormack Post Office
  and Courthouse
90 Devonshire Street
Boston, MA  02109

    RE:   *USA v. JAMES EDELKIND*
            Criminal Case No. 1:04-cr-188

Dear Clerk:

Pursuant to Rule 20 proceedings entered into and filed with this Court, please find enclosed the indictment and case file together with a certified copy of our docket and the Rule 20 consent form.

Please acknowledge receipt on the duplicate copy of this letter as provided, indicating your assigned case number.

                        Sincerely,

                        Luther D. Thomas
                        Clerk of Court

                        By:
                        Deputy Clerk

Enclosure
cc:    Jeff Brickman
        AUSA