UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMIE EDELKIND )<br>)<br>defendants. )<br>) | Criminal No. 04-10066-001-MEL |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States.

                                                       Respectfully submitted,

                                                       MICHAEL J. SULLIVAN
                                                       United States Attorney

                               By:    /s/ Kristina E. Barclay
                                              KRISTINA E. BARCLAY
                                              Assistant U.S. Attorney
                                              (617) 748-3371

Dated: January 10, 2005

## CERTIFICATE OF SERVICE

    This is to certify that a true copy of the above document was served upon the attorney of record, Robert L. Shekatoff, 1 McKinley Square, Boston, MA 02109, by U.S. Mail, on January 10, 2005.

                                                       /s/ Kristina E. Barclay
                                                       KRISTINA E. BARCLAY
                                                       Assistant U.S. Attorney