```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
                              )
         v.                   )    CRIMINAL NO. 04-10066-MEL
                              )
JAMIE EDELKIND,               )
                              )
         Defendant.           )
                              )
```

### CERTIFICATE OF SERVICE

I hereby certify that, on February 9, 2005, I caused a true copy of the United States' Motion for *Ex Parte* Finding and Endorsement of Memorandum of *Lis Pendens*, as well as this Certificate of Service, to be served by facsimile and first class mail upon the following counsel of record for the Defendant:

    Robert L. Shekatoff, Esq.
    1 McKinley Square
    Boston, MA 02109

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:   /s/Kristina E. Barclay
                                    KRISTINA E. BARCLAY
                                    PAUL G. LEVENSON
                                    Assistant U.S. Attorneys
                                    U. S. Attorney's Office
                                    John Joseph Moakley
                                    United States Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3100

Date: February 9, 2005