UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 4: 43

U.S. DISTRICT COURT
DIST OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10066-DPW
)
JAMIE EDELKIND, )
)
      defendant. )
)

## UNITED STATES' WITNESS LIST

The United States anticipates calling the following witnesses at trial:

Charles Michael Medvitz
America's Moneyline
4860 Cox Road, Suite 300
Glen Allen, VA 2303

Brian Desmond
South Shore Savings Bank
1530 Main Street
South Weymouth, MA 02190

Unidentified Witness*
Household Finance Corporation
717 Granite Street
Braintree, MA 02184

Beverly Williams
Wells Fargo Bank, N.A.
6301 Gaston Avenue, Suite 100W
Dallas, TX 75214

Jeffrey Lopp
Countrywide Home Loans, Inc.
4500 Park Granada
Calabasa, CA 91410

Allen Dunn
398 South East 10th Street
Pompano, FL 33060

Unidentified Witness*
Washington Mutual Bank, F.A.
2 Adams Place, Suite 300
Quincy, MA 02169

Douglas Gaccione
WCS Financial Services
250 Park Avenue
4th Floor
New York, NY 10177

Lawrence F. Army, Jr.
Sunset Mortgage
103A Millbury Street
Auburn, MA 01501

Gary Norris
XL Lending
22 Wabash Street
Pittsburg, PA 15220

* The United State will supplement its Witness List with the identities of these witnesses as soon as they are available.

Gary Majeski
Olympia Mortgage
1413 Avenue J
Brooklyn, NY 11230

Issac Aryeh
c/o H. Elliot Wales, Esq.
26 Broadway
New York, NY 10004-1801

Nick Aryeh
c/o H. Elliot Wales, Esq.
26 Broadway
New York, NY 10004-1801

Unidentified Witness*
Lehman Brothers Bank, FSB
10350 Park Meadow Drive
Littleton, CO 80124

Jacqueline Dominguez-Mays
Devens FMC
42 Patton Road
Ayer, MA 01432

Edward Moore
Rainbow Movers
19 National Drive
Franklin, MA 02038

Richard K. O'Connor, CPA
Johnson O'Connor, PC
50 Tremont Street
Melrose, MA 02176

Philip Gordon, Esq.
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116

Dorothy Lekkas
240 Evergreen Ave.
Braintree, MA

George Aiken
894 Nantasket Ave.
Hull, MA 02045

Deborah Aiken
894 Nantasket Ave.
Hull, MA 02045

Lenore Schneider
1037 Nantasket Ave.
Hull, MA 02045

Gloria Smith
c/o Thomas Mitchell, Esq.
Carothers & Mitchell
4350 South Lee Street
Buford, GA 30518

Allison McGonagle, Esq.
McGonagle & McGonagle, P.C.
125 Main Street
Reading MA 01867

Hull Postmaster*
515 Nantasket Avenue
Hull, MA 02045

Marcy Paris
Keeper of Records
America's Moneyline, Inc.
4860 Cox Road, Suite 300
Glen Allen, VA 23030

Keeper of Records
South Shore Savings Bank
1530 Main Street
South Weymouth, MA 02188

Keeper of Records
Household Finance Corporation
717 Granite Street
Braintree, MA 02184

* The United State will supplement its Witness List with the identities of these witnesses as soon as they are available.

Keeper of Records
Wells Fargo Bank, N.A.
6301 Gaston Avenue, Suite 100W
Dallas, TX 75214

Angela Gutierrez
Keeper of Records
Countrywide Home Loans, Inc.
4500 Park Granada
Calabasa, CA 91410

Keeper of Records
Washington Mutual Bank, F.A.
2 Adams Place, Suite 300
Quincy, MA 02169

David Wohl
Keeper of Records
WCS Lending
6501 Congress Avenue, Suite 240
Boca Raton, FL 33487

Keeper of Records
Fairmont Funding, LTD
c/o H. Elliot Wales, Esq.
26 Broadway
New York, NY 10004-1801

Sue Brown
Keeper of Records
The Summit National Bank
4360 Chamblee-Dunwoody Road
Suite 300
Atlanta, GA 30341

Johanna McEnaney
Keeper of Records
Rainbow Movers
19 National Drive
Franklin, MA 02038

Keeper of Records
Lufthansa German Airlines
1640 Hempstead Turnpike
East Meadow, NY 11554

Keeper of Records
Trinet Inc.
c/o Gregory L. Hammond, Esq.
110 San Leandro Boulevard
Suite 300
San Leandro, CA 94577

Keeper of Records
Bank of America
Legal Order Processing
1075 Loop Road
College Park, GA 30337

Keeper of Records
Aurora Loan Services
10350 Park Meadow Drive
Littleton, CO 80124

Paul Crowley, Investigative Analyst
IRS
310 Lowell Street
Andover, MA 01810

Lauri Garneau, Investigative Analyst
IRS
310 Lowell Street
Andover, MA 01810

---

\* The United State will supplement its Witness List with the identities of these witnesses as soon as they are available.

Keeper of Records
Wells Fargo Bank, N.A.
6301 Gaston Avenue, Suite 100W
Dallas, TX 75214

Angela Gutierrez
Keeper of Records
Countrywide Home Loans, Inc.
4500 Park Granada
Calabasa, CA 91410

Keeper of Records
Washington Mutual Bank, F.A.
2 Adams Place, Suite 300
Quincy, MA 02169

David Wohl
Keeper of Records
WCS Lending
6501 Congress Avenue, Suite 240
Boca Raton, FL 33487

Keeper of Records
Fairmont Funding, LTD
c/o H. Elliot Wales, Esq.
26 Broadway
New York, NY 10004-1801

Sue Brown
Keeper of Records
The Summit National Bank
4360 Chamblee-Dunwoody Road
Suite 300
Atlanta, GA 30341

Johanna McEnaney
Keeper of Records
Rainbow Movers
19 National Drive
Franklin, MA 02038

Keeper of Records
Lufthansa German Airlines
1640 Hempstead Turnpike
East Meadow, NY 11554

Keeper of Records
Trinet Inc.
c/o Gregory L. Hammond, Esq.
110 San Leandro Boulevard
Suite 300
San Leandro, CA 94577

Keeper of Records
Bank of America
Legal Order Processing
1075 Loop Road
College Park, GA 30337

Keeper of Records
Aurora Loan Services
10350 Park Meadow Drive
Littleton, CO 80124

Paul Crowley, Investigative Analyst
IRS
310 Lowell Street
Andover, MA 01810

Lauri Garneau, Investigative Analyst
IRS
310 Lowell Street
Andover, MA 01810

\* The United State will supplement its Witness List with the identities of these witnesses as soon as they are available.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: February 14, 2005

By: _____
PAUL G. LEVENSON
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I will cause a true copy of the above document to be served by hand upon counsel of record for defendant, addressed as follows:

Robert L. Shekatoff, Esq.
1 McKinley Square
Boston, MA 02109

February 14, 2005

_____
KRISTINA E. BARCLAY