UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

· 2005 FEB 14  P 4: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10066-MEL |
| | ) |
| JAMIE EDELKIND, | ) |
| | ) |
| defendant. | ) |

UNITED STATES' EXHIBIT LIST

The United States currently anticipates offering the following exhibits:

| Marked for I.D. | Proposed Ex. No. | Description |
|---|---|---|
| A | 1 | Certified Copies of America's Moneyline Inc. Business Records |
| A1 | 1a | Certificate of Authenticity of Business Records |
| A2 | 1b | September 14, 2000 Loan Underwriting Denial Form |
| A3 | 1c | August 2000 Loan Application |
| A4 | 1d | Uniform Underwriting Transmittal Summary |
| A5 | 1e | August 1, 2000 Letter from "Margrethe Thortveit" |
| A6 | 1f | "Affidavit of Margrethe Thortveit" |
| A7 | 1g | August 22, 2000 letter from "Human Resources Manager" of Apostille, Inc. |
| A8 | 1h | Payment records of Linda Edelkind |
| A9 | 1i | 1999 Form W-2 Wage and Tax Statement |
| A10 | 1j | January 2001 Borrower's Certification |
| A11 | 1k | January 2001 Mortgage |
| A12 | 1l | Mortgage/Rent Payment Analysis |
| A13 | 1m | Summit National Bank checks |
| A14 | 1n | August 1, 2000 Letter from "Margrethe Thortveit" |
| A15 | 1o | Verification of Employment Form |
| A16 | 1p | Fax of Verification of Employment Form to Margrethe Thortveit |
| A17 | 1q | Debenture Statement for Apostille Inc. |
| A18 | 1r | Payment records of Linda Edelkind |

| A19 | 1s | Michael Medvitz notes titled "Needed for Edelkind" |
|---|---|---|
| A20 | 1t | Telephone Audit of Loan Documents |
| A21 | 1u | September 2000 Loan Application |
| A22 | 1v | January 2001 Loan Application |
| A23 | 1w | Confirmation of Withdrawal of Loan Application |
| A24 | 1x | May 2001 Loan Application |
| A25 | 1y | 2000 Form W-2 Wage and Tax Statement |
| A26 | 1z | Payment records of Linda Edelkind |
| A27 | 1aa | April 2003 Underwriting Pre-Qualification Review Analysis |
| A28 | 1bb | Loan Status |
| A29 | 1cc | Risk Analysis |
| B | 2 | Certified Copies of South Shore Savings Bank Business Records |
| B1 | 2a | Certificate of Authenticity of Business Records |
| B2 | 2b | September 2001 Loan Application |
| B3 | 2c | Loan Submission Report |
| B4 | 2d | Settlement Statement |
| B5 | 2e | September 2001 Adjustable Rate Note |
| B6 | 2f | September 12, 2001 Letter from South Shore Savings Bank to Linda Edelkind |
| B7 | 2g | August 1, 2001 Email from jedelkind@mediaone.net to Brian Desmond |
| B8 | 2h | August 14, 2001 Letter authorizing Jamie Edelkind to speak to South Shore on Linda Edelkind's behalf |
| B9 | 2i | Payment records of Linda Edelkind |
| B10 | 2j | IRS Form 1040 for Linda Edelkind, 2000 |
| B11 | 2k | IRS Form 1040 for Linda Edelkind, 1999 |
| B12 | 2l | IRS Form W-2 for Linda Edelkind, 2000 |
| B13 | 2m | IRS Form W-2 for Linda Edelkind, 1999 |
| B14 | 2n | July 2001 Loan Application |
| B15 | 2o | Borrower's Certification & Authorization |
| B16 | 2p | South Shore Savings Bank Qualification Worksheet |
| B17 | 2q | Loan Originators Sheet |

| B18 | 2r | Documentation Requested |
|---|---|---|
| C | 3 | Certified Copies of Household Finance Corporation Business Records |
| C1 | 3a | Certificate of Authenticity of Business Records |
| C2 | 3b | April 12, 2002 Loan Application in Jamie Edelkind's name |
| C3 | 3c | April 16, 2002 Loan Application in Linda Edelkind's name |
| C4 | 3d | April 2002 "Discharge of Mortgage" |
| C5 | 3e | April 2002 Mortgage |
| C6 | 3f | Payment records of Linda Edelkind |
| C7 | 3g | IRS Form W-2 for Linda Edelkind, 2001 |
| C8 | 3h | IRS Form W-2 for Linda Edelkind, 2000 |
| D | 4 | Certified Copies of Wells Fargo Bank, N.A. Business Records |
| D1 | 4a | Certificate of Authenticity of Business Records |
| D2 | 4b | March 26, 2003 letter from Linda Edelkind and Jamie Edelkind adding Jamie Edelkind to line of credit |
| D3 | 4c | Payment records of Linda Edelkind |
| D4 | 4d | IRS Form W-2 for Linda Edelkind, 2000 |
| D5 | 4e | IRS Form W-2 for Linda Edelkind, 2001 |
| D6 | 4f | May 2002 Mortgage |
| E | 5 | Certified Copies of Countrywide Home Loans, Inc. Business Records |
| E1 | 5a | Certificate of Authenticity of Business Records |
| E2 | 5b | May 2002 Mortgage (Line of Credit) |
| E3 | 5c | April 2002 "Discharge of Mortgage" |
| E4 | 5d | IRS Form W-2 for Linda Edelkind, 2001 |
| E5 | 5e | IRS Form W-2 for Linda Edelkind, 2000 |
| E6 | 5f | Payment records of Linda Edelkind |
| E7 | 5g | May 22, 2002 Countrywide Loan Underwriting Expert System |
| E8 | 5h | April 10, 2002 Countrywide Loan Underwriting Expert System |
| E9 | 5i | Borrower's Certification and Authorization |
| E10 | 5j | May 2002 Settlement Statement |
| E11 | 5k | April 2002 Loan Application |
| E12 | 5l | May 2002 Loan Application |

| E13 | 5m | Uniform Underwriting and Transmittal Summary |
|-----|----|-----------------------------------------------|
| F | 6 | Certified Copies of Washington Mutual Bank, F.A. Business Records |
| F1 | 6a | Business Records Certification |
| F2 | 6b | Declaration Accompanying Business Records |
| F3 | 6c | January 2003 Loan Application |
| F4 | 6d | Verbal Verification of Employment – RBC Mortgage |
| F5 | 6e | March 2003 Settlement Statement |
| F6 | 6f | March 2003 Mortgage |
| F7 | 6g | March 2003 Loan Application |
| F8 | 6h | Loan Approval Summary |
| F9 | 6i | Underwriting Report |
| F10 | 6j | MGIC Loan Performance Score |
| F11 | 6k | Loan Approval Summary |
| F12 | 6l | MGIC Loan Performance Score |
| F13 | 6m | HMDA Audit |
| F14 | 6n | Loan Approval Summary |
| F15 | 6o | WhitePages.com printout reflecting Apostille Inc. in Hull, MA |
| F16 | 6p | Uniform Underwriting and Transmittal Summary |
| F17 | 6q | Loan File Order Checklist |
| F18 | 6r | Lending Inquiry-Borrower Data |
| F19 | 6s | Settlement Statement |
| F20 | 6t | Verbal Verification of Employment – Washington Mutual |
| G | 7 | Certified Copies of Sunset Mortgage Company Inc. Business Records |
| G1 | 7a | Certificate of Authenticity of Business Records |
| G2 | 7b | January 30, 2004 Letter from Jamie Edelkind regarding tax returns |
| G3 | 7c | Payment records of Linda Edelkind |
| G4 | 7d | Loan Application |
| G5 | 7e | Borrower's Certification and Authorization |
| G6 | 7f | March 3, 2004 Email from Luxury Mortgage to Sunset Mortgage regarding deferred income |
| G7 | 7g | Uniform Underwriting and Transmittal Summary |

4

| H | 8 | Certified Copies of WCS Business Records |
|---|---|---|
| H1 | 8a | Certificate of Authenticity of Business Records |
| H2 | 8b | June 2004 Loan Application |
| H3 | 8c | Underwriting Suspense Notice |
| H4 | 8d | Articles of Incorporation for Apostille.Net Inc. |
| I | 9 | Certified Copies of XL Lending Group Business Records |
| I1 | 9a | Certificate of Authenticity of Business Records |
| I2 | 9b | June 2004 Loan Application |
| I3 | 9c | August 9, 2004 Fax from Richard K. O' Connor, CPA |
| I4 | 9d | August 12, 2004 Letter from Linda Edelkind |
| J | 10 | Certified Copies of Fairmont Funding LTD Business Records |
| J1 | 10a | Certificate of Authenticity of Business Records |
| J2 | 10b | August 26, 2004 email from Fairmont to Rate Lock Alias |
| J3 | 10c | August 25, 2004 Mortgage |
| J4 | 10d | Estimated First Payment Letter |
| J5 | 10e | August 2004 Loan Application |
| J6 | 10f | June 2004 Loan Application |
| J7 | 10g | Disclosure Notice |
| J8 | 10h | Occupancy Agreement |
| J9 | 10i | Borrower's Certification & Authorization |
| J10 | 10j | Settlement Statement |
| J11 | 10k | Aurora Loan Services Submission Transmittal |
| J12 | 10l | August 9, 2004 Letter from Richard O'Connor |
| J13 | 10m | Letter from Philip Gordon, Esq. |
| J14 | 10n | August 26, 2004 Fax to Jamie Edelkind from IRS attaching letter regarding Apostille EIN |
| J15 | 10o | August 24, 2004 Email from Linda Ecline to Issac Aryeh regarding Delaware Statement of Good Standing |
| J16 | 10p | Letter from Linda Edelkind on Apostille letterhead |
| J17 | 10q | August 11, 2004 letter from Linda Edelkind regarding attorney mortgages |

| J18 | 10r | August 12, 2004 letter from Linda Edelkind regarding attorney mortgages |
|-----|-----|------|
| K | 11 | Certified Copies of Aurora Loan Servicing Business Records/Lehman Brothers FSB Records |
| K1 | 11a | Certificate of Authenticity of Business Records |
| K2 | 11b | August 25, 2004 Underwriting Approval Notice |
| K3 | 11c | August 24, 2004 Underwriting Approval Notice |
| K4 | 11d | August 24, 2004 Underwriting Approval Notice |
| K5 | 11e | August 18, 2004 File Review |
| K6 | 11f | July 29, 2004 Underwriting Approval Notice |
| K7 | 11g | July 26, 2004 Underwriting Approval Notice |
| K8 | 11h | August 9, 2004 Letter from Richard O'Connor |
| K9 | 11i | Certificate of Good Standing for Apostille.Net Inc. |
| K10 | 11j | Letter from Linda Edelkind on Apostille stationary |
| K11 | 11k | August 24, 2004 Email from Chaya Cohen to Scott Brown |
| K12 | 11l | EIN Search printout |
| K13 | 11m | D&B Report regarding Apostille |
| K14 | 11n | Massachusetts Secretary of State search printout regarding Linda Edelkind |
| K15 | 11o | Massachusetts Secretary of State search printout regarding Apostille.Net Inc. |
| K16 | 11p | Massachusetts Secretary of State search printout regarding Apostille |
| K17 | 11q | Uniform Underwriting and Transmittal Summary |
| K18 | 11r | Loan Application |
| K19 | 11s | D&B Report regarding Apostille |
| K20 | 11t | August 12, 2004 Letter from Linda Edelkind regarding Gordon & Balikian mortgages |
| K21 | 11u | Loan Registration |
| K22 | 11v | June 2004 Loan Application |
| K23 | 11w | Loan Registration |
| K24 | 11x | Fax from Olympia Mortgage |
| K25 | 11y | IRS Letter regarding Apostille EIN |

| K26 | 11z | Blank Massachusetts DOR Forms W42 for Apostille |
| K27 | 11aa | August 25, 2004 Letter from Richard O'Connor |
| K28 | 11bb | State of Delaware record printout |
| K29 | 11cc | ALS Branchburg Flow |
| K30 | 11dd | Letter from Fairmont to Linda Edelkind |
| K31 | 11ee | Fairmont Funding Check No. 22730, in the amount of $18,926.80, made payable to Linda Edelkind |
| K32 | 11ff | August 25, 2004 Underwriting Approval Notice |
| K33 | 11gg | Closing Checks |
| K34 | 11hh | Uniform Underwriting Transmittal Summary |
| K35 | 11ii | VirPack: Document (Income) section of loan file |
| K36 | 11jj | August 2004 Loan Application |
| K37 | 11kk | Occupancy Agreement |
| K38 | 11ll | Disclosure Agreement |
| L | 12 | Certified Copy of Federal Deposit Insurance Corporation Proof of Insured Status for Lehman Brothers Bank, FSB |
| M | 13 | Certified Copy of Federal Deposit Insurance Corporation Proof of Insured Status for South Shore Savings Bank |
| N | 14 | Certified Copy of Federal Deposit Insurance Corporation Proof of Insured Status for Wells Fargo Bank, N.A. |
| O | 15 | Certified Copy of Federal Deposit Insurance Corporation Proof of Insured Status for Washington Mutual Bank, F.A. |
| P | 16 | Certified Copy of Apostille.Net, Inc. Certificate of Incorporation from State of Delaware Secretary of State |
| Q | 17 | Business Records Certification and Authentication Declaration (Absence of Record of Linda Edelkind) of Trinet, Inc. |
| R | 18 | Certified Copies of Trinet, Inc. business records regarding Jamie Edelkind |
| S | 19 | Certified Copies of The Summit National Bank business records regarding statements of Account Number XXXX7789 held in the name of Linda Edelkind |
| T | 20 | Certified Copies of The Summit National Bank business records regarding opening of Account Number XXXX7789 held in the name of Linda Edelkind |

| U | 21 | Certified Copies of Fleet Bank business records regarding statements of Account Number XXXXXX8261 held in the name of Linda Edelkind |
|---|---|---|
| V | 22 | Certified Copies of Fleet Bank business records regarding deposit and withdrawal items for Account Number XXXXXX8261 held in the name of Linda Edelkind |
| W | 23 | Certified Copies of Mortgage Brokers Inc. Business Records |
| W1 | 23a | Certificate of Authenticity of Business Records |
| W2 | 23b | May 1999 Loan Application |
| W3 | 23c | May 27, 1999 Fax from Jamie Edelkind attaching IRS Form W-2s for Jamie Edelkind, 1996, 1997 and 1998 |
| W4 | 23d | May 7, 1999 Fax from Tachyon |
| W5 | 23e | May 10, 1999 Memo from Tachyon regarding Mercedes |
| W6 | 23f | May 24, 1999 Letter from Tachyon regarding taxes |
| W7 | 23g | IRS Form 1040 for Jamie Edelkind, 1998 |
| W8 | 23h | April 1, 1999 Letter from Tachyon regarding employment |
| W9 | 23i | May 12, 1999 Letter from Tachyon to Linda Edelkind regarding employment and salary |
| W10 | 23j | May 12, 1999 Letter from Tachyon to Jamie Edelkind regarding employment and salary |
| W11 | 23k | Pay records regarding Jamie Edelkind |
| W12 | 23l | Pay records regarding Linda Edelkind |
| X | 24 | Certified Copies of Lufthansa German Airlines business records |
| Y | 25 | Certified Copy of Information in United States v. Jamie Edelkind, Criminal No. 04-10066-MEL, United States District Court, District of Massachusetts |
| Z | 26 | Certified Copies of Rainbow Movers business records |
| AA | 27 | Apostille Business Plan |
| BB | 28 | Inmate Telephone Monitoring CD Recording, Reg No. 11866-035, Call Dates 10/15/2004 – 1/3/2005[1] |
| CC | 29 | IRS Certification of Lack of Record regarding Linda Edelkind |
| DD | 30 | IRS Certification of Lack of Record regarding Apostille.Net Inc. |

---

[1] The government will designate portions of the Inmate Telephone Monitoring CD Recording and forward to defense counsel for cross-designation in advance of trial.

| EE | 31 | IRS Certification of Lack of Record regarding Apostille Incorporated |
|----|----|--------------------------------------------------------------------|
| FF | 32 | IRS Certification of Lack of Record regarding Apostille Inc. |
| GG | 33 | IRS Certification of Lack of Record regarding Tachyon Holdings Ltd. Inc. |
| HH | 34 | Certified Copy of IRS Form 1040 regarding Linda Edelkind, 2003 |
| II | 35 | Certified Copy of IRS Form 1040 regarding Jamie Edelkind, 1998 |
| JJ | 36 | Certified Return View Transcript of IRS Form 1040 regarding Linda Edelkind, 2002 |
| KK | 37 | Certified Return View Transcript of IRS Form 1040 regarding Linda Edelkind, 2001 |
| LL | 38 | Certified IRS Information Returns Processing Transcript for Linda Edelkind, 2001 |
| MM | 39 | Certified IRS Information Returns Processing Transcript for Linda Edelkind, 2002 |
| NN | 40 | Certified IRS Information Returns Processing Transcript for Linda Edelkind, 2003 |
| OO | 41 | Certified transcript of account retrieved from IRS Automated Collection System database regarding Linda Edelkind, 2001 and 2002 |
| PP | 42 | Certified transcript of IRS account regarding Linda Edelkind, 2001 |
| QQ | 43 | Certified transcript of IRS account regarding Linda Edelkind, 2002 |
| RR | 44 | Certified transcript of IRS account regarding Linda Edelkind, 2003 |
| SS | 45 | Certified Copy of Guilty Plea and Plea Agreement in United States v. Jamie Edelkind, Criminal No. 1:30-CR-364-CAP, United States District Court, Northern District of Georgia |
| TT | 46 | Certified Copy of 1991 Bankruptcy Petition of Jamie Edelkind |
| UU | 47 | Certified Copy of 1999 Bankruptcy Petition of Jamie Edelkind |
| VV | 48 | Certified Copy of Dismissal/Discharge of 1999 Bankruptcy Petition of Jamie Edelkind |
| WW | 49 | Certified Copies of Cobb County Registry of Deeds Information Regarding 122 Paces Run, Atlanta Georgia |
|    |    |  |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: February 14, 2005

By: _____
KRISTINA E. BARCLAY
PAUL G. LEVENSON
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3371

## CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by hand upon counsel of record for defendant, addressed as follows:

ROBERT L. SHEKETOFF, ESQ.
One McKinley Square
Boston, MA 02109

February 14, 2005                    _____
KRISTINA E. BARCLAY

10