Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10066-MEL |
| v.                         ) | |
| ) | |
| JAMIE EDELKIND             ) | |

## WAIVER OF INDICTMENT

I, Jamie Edelkind, the above-named defendant, who is accused of four counts of bank fraud in violation of 18 U.S.C. §§ 1344 and 2, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on February 28, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer