# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
           Plaintiff,

v.                           CRIMINAL NO. 04-10066-MEL

JAMIE EDELKIND,
           Defendant.

**SPECIAL VERDICT FORM**

COUNT ONE (Bank Fraud)

    Do you unanimously find that the government has proven beyond a reasonable doubt that Jamie Edelkind knowingly executed or attempted to execute a scheme to defraud the South Shore Savings Bank in connection with a lending agreement between South Shore Savings Bank and Linda Edelkind?

YES   ✓

NO   _____

COUNT TWO (Bank Fraud)

    Do you unanimously find that the government has proven beyond a reasonable doubt that Jamie Edelkind knowingly executed or attempted to execute a scheme to defraud Wells Fargo Bank, N.A. in connection with a lending agreement between Wells Fargo Bank, N.A. and Linda Edelkind?

YES   ✓

NO   _____

COUNT THREE (Bank Fraud)

Do you unanimously find that the government has proven beyond a reasonable doubt that Jamie Edelkind knowingly executed or attempted to execute a scheme to defraud Washington Mutual Bank, F.A. in connection with a lending agreement between Washington Mutual Bank, F.A. and Linda Edelkind?

YES ✓

NO _____

COUNT FOUR (Bank Fraud)

Do you unanimously find that the government has proven beyond a reasonable doubt that Jamie Edelkind knowingly executed or attempted to execute a scheme to defraud Fairmont Funding, LTD in connection with a loan in the name of Linda Edelkind originated by Fairmont Funding, LTD, and subsequently assigned to Lehman Brothers Bank, FSB?

YES ✓

NO _____

Foreperson sign and date the completed verdict form.

_Susan E. Ward_    3-8-2005
Foreperson                Date