UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -3 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-10066-MEL |
| | ) | |
| v. | ) | Record Owner: |
| | ) | Linda Edelkind |
| JAMIE EDELKIND, | ) | |
|   Defendant. | ) | Property: |
| | ) | 940 Nantasket Avenue |
| | ) | Hull, Massachusetts |
| | ) | |
| | ) | Deed |
| | ) | Book 19257, Page 118 |

### *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Superseding Information to be filed charging the defendant, Jamie Edelkind, with violations of 18 U.S.C. §§ 1344 and 2 and alleging that the real property located at 940 Nantasket Avenue, Hull, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Property") constitutes, or is derived from, proceeds traceable to the commission of the offenses, and that the Property is, therefore, subject to forfeiture to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

For title to the property, see Deed recorded at Book 19257, Page 118 of the Plymouth County Registry of Deeds, in the name of Linda Edelkind.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: _____
KRISTINA E. BARCLAY
PAUL G. LEVENSON
Assistant U.S. Attorneys
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: 2/3/05

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 3 day of February, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 5/15/09

KAY-BETH WHITTEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 15, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge

Date: 3/14/05