UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 17 A 8:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-10066-MEL |
| v. | ) | |
| JAMIE EDELKIND,<br>           Defendant. | ) | |

### ORDER OF DETENTION PURSUANT TO 18 U.S.C. § 3143

On March 8, 2005, the defendant in this action, Jamie Edelkind, was found guilty by a jury of four counts of bank fraud in violation of 18 U.S.C. § 1344. Sentencing is scheduled for May 25, 2005. There is not clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). Accordingly, pursuant to 18 U.S.C. § 3143(a), it is ORDERED that the defendant be, and hereby is, DETAINED pending sentencing in this action. This ORDER prohibits, without limitation, the transfer of the defendant to a community corrections center or halfway house.

SO ORDERED:

_____
Morris E. Lasker
Senior United States District Judge

Date: 03/21/05