UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10066-MEL |
| | ) | |
| JAMIE EDELKIND | ) | |

## MOTION TO WITHDRAW

Now comes counsel for the defendant, Jamie Edelkind, and respectfully moves this Honorable Court to permit him to withdraw on the grounds that the defendant has terminated his services and asked him to withdraw. In support thereof, counsel relies on the attached affidavit and says that the defendant should be permitted to have counsel of choice.

Respectfully submitted,
By his attorney,

/s/ Robert L. Sheketoff
Robert L. Sheketoff
One McKinley Sq.
Boston, MA  02109
(617) 367-3449
BBO # 457340

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW**

Robert Sheketoff, being duly sworn deposes and says as follows:

1. I was retained counsel for the defendant.

2. He has terminated my services and asked me to withdraw.

3. I believe he is entitled to counsel of choice.

4. I believe that there has been a complete breakdown in our attorney-client relationship.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS FIRST DAY OF APRIL 2005.

                                              /s/ Robert L. Sheketoff
                                              Robert L. Sheketoff