UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMIE EDELKIND, )<br>)<br>defendant. )<br>) | Criminal No. 04-10066-001-MEL |

**GOVERNMENT'S OPPOSITION TO**
**MOTION OF COUNSEL TO WITHDRAW**

The United States, by undersigned counsel, hereby opposes the motion of Robert Sheketoff to withdraw as counsel for Defendant Jamie Edelkind, unless and until new counsel enters an appearance on behalf of the Defendant.

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                        By:    /s/ Kristina E. Barclay
                                KRISTINA E. BARCLAY
                                PAUL G. LEVENSON
                                Assistant U.S. Attorneys
                                United States Courthouse
                                One Courthouse Way
                                Suite 9200
                                Boston, Massachusetts 02210
                                (617) 748-3371

Dated: April 5, 2005

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above document was served upon the defendant and counsel for the defendant, addressed as follows:

Robert L. Sheketoff
1 McKinley Square
Boston, MA 02109

Jamie Edelkind
Reg. # 11866-035
FMC Devens
Federal Medical Center
P.O. Box 879
Ayer, MA 01432

| | |
|---|---|
| Dated: April 5, 2005 | /s/ Kristina E. Barclay |
| | KRISTINA E. BARCLAY |
| | Assistant U.S. Attorney |