Jamie Edelkind
ECCF 2400-817
POB 807
Middleton MA 01949

Clerk of court
John J. Moakley Bldg
1 Courthouse way
Boston MA 02210

FILED
CLERKS OFFICE
2005 APR 26 P 12:39
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: U.S. vs Jamie Edelkind  04-10066-MEL

Dear Sir/Madam

Enclosed is a motion that I need filed in the above captioned case. Please provide a copy to the Judge, the record, and return a file stamped copy to me in the self addressed envelope provided.

I apologies for the lack of duplicates as I am denied access to a copier or additional typewriter time.

Thank you