**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

April 28, 2005

Jamie Edelkind
ECCF 2400-817
P.O. Box 807
Middletown, MA 01949

      Re:  *United States v. Edelkind*
           04-CR-10066-MEL

Dear Mr. Edelkind,

    In view of the fact that Michael J. Liston has been appointed as your counsel, all motions in this case should be made only by him. Please review the situation regarding library access with Mr. Liston, so that he can take the necessary action.

                        Very truly yours,

                        Susan Farbstein
                        Law Clerk to U.S.D.J. Lasker