UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMIE EDELKIND** | ) <br> ) <br> ) <br> ) CRIMINAL NO. <br> ) 04 − 10066 MEL <br> ) <br> ) <br> ) |

**DEFENDANT JAMIE EDELKIND'S MOTION, PURSUANT TO 18 U.S.C. § 3006A(e), FOR THE PROVISION OF TRIAL TRANSCRIPTS AT GOVERNMENT EXPENSE**

Pursuant to 18 U.S.C. § 3006A(e), the defendant Jamie Edelkind ("Edelkind"), through his court appointed attorney, requests that he be provided, at government expense, with transcripts of the trial and pre-trial proceedings conducted on February 28, 2005, March 2, 2005, March 3, 2005, March 4, 2005, March 7, 2005 and March 8, 2005.

Excerpts from at least two of these trial dates have already been prepared pursuant to requests from a third party. Edelkind expects to make use of these transcript excerpts and any other transcripts that might be completed prior to June 20, 2005, at his sentencing hearing now scheduled for June 20, 2005. The remaining transcripts will be necessary for the anticipated appeal of Edelkind's conviction.

JAMIE EDELKIND

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

May 20, 2005

2