UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES OF AMERICA       )
                                              )
                                              )
         v.                                  ) CRIMINAL NO.
                                              ) 04 − 10066 MEL
JAMIE EDELKIND                      )
                                              )
_____)

## DEFENDANT JAMIE EDELKIND'S MOTION FOR AN ORDER GRANTING HIM THE SAME ACCESS TO LIBRARY COMPUTERS FOR LEGAL RESEARCH THAT IS PROVIDED TO INMATES WHO ARE PROCEEDING *PRO SE*

The defendant Jamie Edelkind ("Edelkind") is currently detained at the Essex County Correctional Facility awaiting sentencing in this court on June 20, 2005. Edelkind has been active and productive in his own defense, but his access to the facility's library computer for legal research is extremely limited. Inmates who are proceeding *pro se*, however, are given more generous access to the library computers. Edelkind moves for an Order that he be given the same access to the library computers at the Essex County Correctional Facility that is given to inmates proceeding *pro se*.

                                                                                    JAMIE EDELKIND

                                                                                     By his attorney,

                                                                                     s/ Michael J. Liston

                                                                                     _____
                                                                                     Michael J. Liston BBO# 301760
                                                                                     2 Park Plaza, Suite 610
                                                                                     Boston, MA 02116

May 20, 2005                                      (617) 426-2281