United States District Court
District of Massachusetts
-------------------------------------------------
United States of America,

              Plaintiff,

      -against-

Jamie Edelkind,

              Defendant.
-------------------------------------------------

Criminal # 04-10066
      MEL

Notice of Appearance on
Behalf of Fairmont Funding Ltd
in forfeiture proceedings -
21 USC 853

      Please take notice that H. Elliot Wales, 26 Broadway, New York, New York 10004-1801, a member in good standing of the bar of the State of New York, appears on behalf of Fairmont Funding Ltd, a private mortgage lender with offices in New York, New York and Brooklyn, New York in the forfeiture proceedings to intervene and to asset a claim to the forfeited property.

      I request the Court's permission to appear pro hoc vice.

      I am admitted to practice before the Supreme Court of the United States and before numerous district courts and Courts of Appeal in New York and elsewhere.

      I am a graduate of the Columbia Law School; served as an Assistant U.S. Attorney in the eastern district of New York in the 1950's; have been throughout my career an active federal trial and appellate attorney; for many years served on the board of the New York State bar association and the New York County Lawyers Association; enjoy an "AV" rating from Martindale Hubbell.

1

I have never been subject to a discipline proceeding.

I agree to comply with the rules of the practice and the discipline rules of this Court.

March 30, 2005

*[signature]*

H. Elliot Wales
Attorney for Intervener
   Fairmont Funding, Ltd.
Member of the New York Bar
26 Broadway, 19th floor
New York, NY 10004-1801
212-980-2160
fax 212-344-1991
email: elliotwales@aol.com

To:   Clerk of the Court

      Chambers – Judge Morris Lasker

      United States Attorney Office –
          Paul Levenson, AUSA
          Kristina Barclay, AUSA
      United States Courthouse
      1 Courthouse Way - #9200
      Boston, MA 02210

      Robert Sheketoff, Esq.
      Attorney for defendant
          Jamie Edelkind
      One McKingley Square
      Boston, MA 02109