United States District Court
District of Massachusetts
-------------------------------------------------
United States of America,

              Plaintiff,

      -against-

Jamie Edelkind,

              Defendant.
-------------------------------------------------

Criminal # 04-10066
MEL

Notice of Appearance on
Behalf of Fairmont Funding Ltd
in forfeiture proceedings -
21 USC 853

      Please take notice that H. Elliot Wales, 26 Broadway, New York, New York 10004-1801, a member in good standing of the bar of the State of New York, appears on behalf of Fairmont Funding Ltd, a private mortgage lender with offices in New York, New York and Brooklyn, New York in the forfeiture proceedings to intervene and to asset a claim to the forfeited property.

      I request the Court's permission to appear pro hoc vice.

      I am admitted to practice before the Supreme Court of the United States and before numerous district courts and Courts of Appeal in New York and elsewhere.

      I am a graduate of the Columbia Law School; served as an Assistant U.S. Attorney in the eastern district of New York in the 1950's; have been throughout my career an active federal trial and appellate attorney; for many years served on the board of the New York State bar association and the New York County Lawyers Association; enjoy an "AV" rating from Martindale Hubbell.

1

I have never been subject to a discipline proceeding.

I agree to comply with the rules of the practice and the discipline rules of this Court.

March 30, 2005

H. Elliot Wales
Attorney for Intervener
    Fairmont Funding, Ltd.
Member of the New York Bar
26 Broadway, 19th floor
New York, NY 10004-1801
212-980-2160
fax 212-344-1991
email: elliotwales@aol.com

To:    Clerk of the Court

       Chambers -- Judge Morris Lasker

       United States Attorney Office --
           Paul Levenson, AUSA
           Kristina Barclay, AUSA
       United States Courthouse
       1 Courthouse Way - #9200
       Boston, MA  02210

       Robert Sheketoff, Esq.
       Attorney for defendant
           Jamie Edelkind
       One McKingley Square
       Boston, MA  02109