FEE PAID:
RECEIPT # 69873
AMOUNT $ 50.00
BY DPTY CLK
6/10/05

United States District Court
District of Massachusetts
-----------------------------------------------
United States of America,

          Plaintiff,

    -against-

Jamie Edelkind,

          Defendant.
-----------------------------------------------

Criminal # 04-10066
        MEL

Notice of Appearance on
Behalf of Fairmont Funding Ltd
in forfeiture proceedings -
21 USC 853

    Please take notice that H. Elliot Wales, 26 Broadway, New York, New York 10004-1801, a member in good standing of the bar of the State of New York, appears on behalf of Fairmont Funding Ltd, a private mortgage lender with offices in New York, New York and Brooklyn, New York in the forfeiture proceedings to intervene and to asset a claim to the forfeited property.

    I request the Court's permission to appear pro hoc vice.

    I am admitted to practice before the Supreme Court of the United States and before numerous district courts and Courts of Appeal in New York and elsewhere.

    I am a graduate of the Columbia Law School; served as an Assistant U.S. Attorney in the eastern district of New York in the 1950's; have been throughout my career an active federal trial and appellate attorney; for many years served on the board of the New York State bar association and the New York County Lawyers Association; enjoy an "AV" rating from Martindale Hubbell.

1

I have never been subject to a discipline proceeding.

I agree to comply with the rules of the practice and the discipline rules of this Court.

March 30, 2005

*H. Elliot Wales*
Attorney for Intervener
  Fairmont Funding, Ltd.
Member of the New York Bar
26 Broadway, 19th floor
New York, NY 10004-1801
212-980-2160
fax 212-344-1991
email: elliotwales@aol.com

To:   Clerk of the Court

      Chambers – Judge Morris Lasker

      United States Attorney Office –
        Paul Levenson, AUSA
        Kristina Barclay, AUSA
      United States Courthouse
      1 Courthouse Way - #9200
      Boston, MA  02210

      Robert Sheketoff, Esq.
      Attorney for defendant
        Jamie Edelkind
      One McKingley Square
      Boston, MA  02109

2