# EXHIBIT A

### EXCERPT FROM PROCEEDINGS ON MARCH 4, 2005

**MS. BARCLAY:** Your Honor, I'm sorry. We have one stipulation that we'd like permission to read.

**THE COURT:** All right.

**MS. BARCLAY:** The parties --

**THE COURT:** Let me explain to the jury what this means.

A stipulation is an agreement that certain things are facts. They don't need to bring a witness about it.

And counsel will read the stipulation and we will accept it as a fact.

**MS. BARCLAY:** The parties stipulate that Lehman Brothers Bank bought the Linda Edelkind loan and mortgage on or after September 28, 2004. The parties further stipulate that only one payment was made on that loan, a payment in the amount of $29,218.21 paid by check from Fleet Bank, account No. 9444528261 in the name of Linda Edelkind by check dated October 4, 2004, payable to Fairmont Funding Limited.

**THE COURT:** Thank you.