LOAN #: 0018052076

# LEHMAN BROTHERS BANK FSB

## Purchase Advice

**Borrower:** LINDA EDELKIND

Seller Loan number:
Commitment number:
Commitment Effective date: 01352
Commitment date: 8/16/04
Product Code: 9/15/04
Exception Tracking number: 30 YEAR FIXED
Commitment Type:
LTV:
CLTV: 63.47
Loan Interest Rate:

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | .................................... | $ | |
| Net ALS Price | %.................................... | $ | 3,298,197.45 |
| Service Rls. Premium 2.86510 | % .................... | $ + | 3,392,694.11 |
| Interest for @ | $ per day | $ + | |
| From: 3 To: 813.254 | | $ | |
| Tax Service Fee 9/28/2004 10/01/2004 | .................................... | $ - | 2,439.76 |
| Flood Cert. Fee | .................................... | $ - | 365.00 |
| Funding Fee | .................................... | $ - | 125.00 |
| | .................................... | $ - | |
| | .................................... | $ | |
| | .................................... | $ - | |
| | .................................... | $ - | |
| Total Adjusted Escrow/Impounds | .................................... | $ - | |
| Borrower/Seller Paid Buydown | .................................... | $ - | 12,802.12 |
| **Total Purchase Amount** | .................................... | $ | 6,962.23 |

1st Payment Due ALS: 11/01/2004
Interest Only: 3,300,000.00
Prepayment: N    Prepayment Term:
N

## WIRE INFORMATION

Wire Code:                                          Date of Wire:

Bank Name: INDEPENDENCE COMMUNITY BANK                          9/28/04
Street Address:
City, State, Zip: INDEPENDENCE COMMUNITY BANK
ABA No.: 750 WALNUT AVENUE
Account No.: MAPLEWOOD, NJ 07040
226071211
Credit Funds to: 1336018112
Street Address:
City, State, Zip:
Telephone #:

## PRICING REVIEW

| | | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|---|
| Base: | .................... | | % | | % | | % |
| | .................... | 9.00000 | % | 106.11510 | % | | % |
| Amt2M-4M Mtg Mkr | .................... | | % | (2.2500) | % | | % |
| Cashout Refi Mtg Mkr | .................... | | % | (.2500) | % | | % |
| Limited Doc Mtg Mkr | .................... | | % | (.2500) | % | | % |
| FICO 620-659 Mtg Mkr | .................... | | % | (.2500) | % | | % |
| Best Efforts | .................... | | % | (.2500) | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | | % | | % | | % |
| | .................... | 9.000 | | 102.86510 | | | |
| **TOTAL** | .................... | | % | | % | | % |