**EXHIBIT D**

```
FED   DR     3,376,962.23 SAME    12:57 1340500272JO       STRAIGHT
YR REF :  LOAN 0018052076
PD TO  :  INDEPENDENCE SAV INDEPENDENCE COMMUNITY BANK BROOKLYN NY
          11201-3602
FED ID :  226071211
B/O    :  LOAN 0018052076
DESCR  :  LOAN 0018052076 BNF/FAIRMONT FUNDING LTD NYC
REMARK :  /1336018112 FAIRMONT FUNDING LTD 39 WEST 37TH STREET NEW
          YORK NY 10018 LOAN 0018052076 ATTN ELSIE M /TIME/12:56
REC GFP:  09281651    MRNSEQ:    00272JO13405
FED REF:  0928    B1QGC06C 002621              **VIA FED**
```

## EXHIBIT E

```
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
ACCOUNT NUMBER:  066-616549        LAST UPDATE: 02:59 N.Y. TIME 09/29/04
ACCOUNT NAME:    AURORA LN SVCS-LEHMAN BROS    *UPDATED SINCE LAST
VIEWED*
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

TRAN TYPE      CREDIT AMOUNT  AVL DATE  TIME  BANK-REF-NO        ADD.INFO
---------      -------------------- ----  -----  -----  --------------------  --------

BOOK  CR       174,355,839.37 SAME      18:00 4477100272FQ       STRAIGHT
  YR REF : VDFMU0BV0
  REC FR : LEHMAN BROTHERS BANK FSB MAIN OPERATING 745 7TH AVENUE NEW
           YORK NY 10019-
  B/O    : LEHMAN BROTHERS BANK 70 HUDSON STREET JERSEY CITY NJ 07302
           LEHMAN INVESTMENT INC. 745 7TH AVENUE TREASURY NETWORK
           MANAGEMENT NEW YORK NY 10019-
  DESCR  : VDFMU0BV0      B/O LEHMAN BROTHERS BK JERSEY CITY NJ 0
  REMARK : /ACC/LEHMAN REF:FMU0BV0
  REC GFP: 09282156
```