# EXHIBIT A

File No. 940NANTASKET Page #20

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
940 NANTASKET AVENUE
BOOK-19257 PAGE-118
HULL, MA 02045

## FOR:
WCS FINANCIAL SERVICES
250 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10177

## AS OF:
JUNE 23, 2004

## BY:
Jennifer S. Troup
REGATTA APPRAISAL SERVICE
884 Washington Street
Weymouth, MA 02189

Regatta Appraisal Service

File No. 940NANTASKET | Page #1

EDELKIND

# UNIFORM RESIDENTIAL APPRAISAL REPORT    File No. 940NANTASKET

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address | 940 NANTASKET AVENUE | City HULL | State MA | Zip Code 02045 |

Legal Description  BOOK-19257 PAGE-118    County PLYMOUTH

Assessor's Parcel No. 9-96    Tax Year 2004    R.E. Taxes $ 20,273.00    Special Assessments $ 0.00

Borrower EDELKIND    Current Owner SAME    Occupant: ☒ Owner ☐ Tenant ☐ Vacant

Property rights appraised ☒ Fee Simple ☐ Leasehold    Project Type ☐ PUD ☐ Condominium (HUD/VA only)    HOA $ N/A    /Mo.

Neighborhood or Project Name    Map Reference MSA 1120    Census Tract 500101

Sale Price $    REFINANCE    Date of Sale N/A    Description and $ amount of loan charges/concessions to be paid by seller  N/A

Lender/Client  WCS FINANCIAL SERVICES    Address 250 PARK AVENUE, 4TH FLOOR, NEW YORK, NY 10177

Appraiser  Jennifer S. Troup    Address 884 WASHINGTON ST, WEYMOUTH, MA 02189

## NEIGHBORHOOD

| Location | ☐ Urban ☒ Suburban ☐ Rural | Predominant occupancy | Single family housing | Present land use % | Land use change |
|---|---|---|---|---|---|
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) / AGE (yrs) | One family 95 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 250 Low 20 | 2-4 family 5 | ☐ In process |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 3,000 High 100+ | Multi-family | To: |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply | ☒ Vacant (0-5%) | Predominant | Commercial | |
| Marketing time | ☐ Under 3 mos. ☒ 3-6 mos. ☐ Over 6 mos. | ☐ Vac (over 5%) | 400  70 | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics:    SEE ADDENDUM

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
THE SUBJECT IS LOCATED IN AN ESTABLISHED AREA WHICH CONSISTS OF VARIOUS STYLE DWELLINGS.ALL DWELLINGS APPEAR TO HAVE AVERAGE MAINTENANCE PROGRAMS FOR THE AREA. HULL IS LOCATED APPROXIMATELY 10 MILES FROM BOSTON, MAJOR ROUTES IN THE AREA ARE 228. THERE APPEARS TO BE AVERAGE LOCAL AMENITIES AND ALL SCHOOLS AND SHOPPING ARE WITHIN ONE MILE.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
MARKET CONDITIONS IN THE AREA APPEAR TO BE STABLE TO SLIGHTLY INCREASING , AVERAGE LISTING TO SALES PRICE RATIO IS 90% TO 100%. THE AVERAGE MARKETING TIME IS 3 TO 6 MONTHS AND APPEARS TO BE IN BALANCE. SALES AND FINANCING CONCESSIONS DO EXIST AND DO NOT APPEAR TO HAVE AN ADVERSE AFFECT ON CURRENT VALUES.

## PUD

Project Information for PUDs (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☒ No

Approximate total number of units in the subject project    N/A    Approximate total number of units for sale in the subject project    N/A

Describe common elements and recreational facilities:    N/A

## SITE

| | | | |
|---|---|---|---|
| Dimensions  IRREGULAR | | Topography | ROLLING |
| Site area  33,105 S.F. | Corner Lot ☒ Yes ☐ No | Size | TYPICAL |
| Specific zoning classification and description  RESIDENTIAL A (20,000 S.F. MIN.) | | Shape | IRREGULAR |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | ADEQUATE |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | View | PANORAMIC OCEAN |

| Utilities | Public | Other | Off-site improvements | Type | Public | Private | |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | ASPHALT PAVED | ☒ | | Landscaping  GOOD |
| Gas | ☒ | | Curb/gutter | PAVED | ☒ | | Driveway Surface  COBBLESTONE/STONE |
| Water | ☒ | | Sidewalk | PAVED | ☒ | | Apparent easements NONE NOTED |
| Sanitary sewer | ☒ | | Street lights | STANDARD | ☒ | | FEMA Special Flood Hazard Area ☒ Yes ☐ No |
| Storm sewer | ☒ | | Alley | NONE | ☒ | | FEMA Zone  V4    Map Date 05/02/83 |
| | | | | | | | FEMA Map No.  250269 0002B |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):    THERE WERE NO APPARENT ADVERSE EASEMENTS OR ENCROACHMENTS NOTED. SUBJECT IS LOCATED IN A FLOOD ZONE, TYPICAL FOR THE AREA , MAY NEED FLOOD INSURANCE.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | ONE | Foundation | GRANITE | Slab | NO | Area Sq. Ft. | 3,462 | Roof | ☐ |
| No. of Stories | 3.50 | Exterior Walls | WOOD | Crawl Space | NO | % Finished | 0 | Ceiling | ☐ |
| Type (Det./Att.) | DETACH. | Roof Surface | NEW SLATE | Basement | FULL | Ceiling | JOISTS | Walls | ☐ |
| Design (Style) | VICT.COL. | Gutters & Dwnspts. | WOOD | Sump Pump | NOT NOTED | Walls | GRANITE | Floor | ☐ |
| Existing/Proposed | EXIST. | Window Type | CUSTOM VAR. | Dampness | NOT NOTED | Floor | DIRT/CONC. | None | ☒ |
| Age (Yrs.) | 1892 | Storm/Screens | YES | Settlement | NOT NOTED | Outside Entry | YES | Unknown | ☒ |
| Effective Age (Yrs.) | 6-8 | Manufactured House | NO | Infestation | NOT NOTED | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | UTIL. | 3,462 |
| Level 1 | X | 1 | 1 | 1 | 1 | | | | .5 | W/D | | 3,462 |
| Level 2 | | | | 1 | | | | 3 | 3 | | | 3,258 |
| | | | | 1 | | | | 4 | 3 | | | 4,000 |
| | 1 | 1 | 1 | | | | | | | | | |

Finished area above grade contains:    15 Rooms;    7 Bedroom(s);    6.5 Bath(s);    10,720 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | HDWD/WW/GOOD | Type | FHA | Refrigerator | ☒ | None | | Fireplace(s) # FIVE | ☒ | None | ☐ |
| Walls | PLASTER/GOOD | Fuel | GAS | Range/Oven | ☒ | Stairs | ☒ | Patio  SIDE | ☒ | Garage | # of cars |
| Trim/Finish | WOOD/GOOD | Condition | AVG | Disposal | ☒ | Drop Stair | | Deck  TILE | ☒ | Attached | |
| Bath Floor | MARBLE/TILE/AVG | COOLING | | Dishwasher | ☒ | Scuttle | ☒ | Porch  THREE | ☒ | Detached | TWO |
| Bath Wainscot | N/A | Central | YES | Fan/Hood | ☒ | Floor | ☒ | Fence  FENCE | ☒ | Built-in | |
| Doors | WOOD/AVG | Other | NO | Microwave | ☒ | Heated | ☒ | Pool | ☐ | Carport | |
| | | Condition | AVG | Washer/Dryer | ☒ | Finished | ☒ | | | Driveway | YES |

Additional features (special energy efficient items, etc.):    See attached addenda.

## COMMENTS

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:    See attached addenda.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.:    THERE ARE NO KNOWN ADVERSE ENVIRONMENTAL CONDITIONS NOTED AT THE TIME OF INSPECTION. APPRAISER IS NOT AN ENVIRONMENTAL EXPERT.

Form UA2 — *TOTAL for Windows* appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 940NANTASKET Page #2

EDELKIND
File No.  940NANTASKET

# UNIFORM RESIDENTIAL APPRAISAL REPORT

**Valuation Section**

| COST APPROACH | |
|---|---|
| ESTIMATED SITE VALUE ................................= $ | 2,000,000 |

| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | | | |
|---|---|---|---|---|
| Dwelling | 10,720 Sq. Ft. @$ 250.00 | = $ | 2,680,000 | |
| | 3,462 Sq. Ft @$ 70.00 | = $ | 242,340 | Bsmt |
| PORCHES, DECK, 5 F.P'S,PATIO | | = $ | 250,000 | |
| Garage/Carport 1 Sq. Ft. @$ 22482.00 | | = $ | 22,482 | |
| Total Estimated Cost New .......... | | = $ | 3,194,822 | |
| Less | Physical | Functional | External | |
| Depreciation | 294,882 | | | = $ 294,882 |
| Depreciated Value of Improvements | | | | = $ 2,899,940 |
| "As-is" Value of Site Improvements | | | | = $ 250,000 |
| INDICATED VALUE BY COST APPROACH | | | | = $ 5,149,940 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property):  COST FROM MEANS SQUARE FOOT MANUAL.

SITE VALUE MAY EXCEED 30% DUE TO DEMAND AND SHORTAGE.

ESTIMATED REMAINING ECONOMIC LIFE IS 57 YEARS.

| SALES COMPARISON ANALYSIS | ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| | | 940 NANTASKET AVENUE | 341 STANDISH STREET | | 12 LAKEVIEW | | 284 WARREN STREET | |
| | Address  HULL | | DUXBURY | | CAMBRIDGE | | BROOKLINE | |
| | Proximity to Subject | | 23.33 miles | | 13.55 miles | | 12.50 miles | |
| | Sales Price | $ REFINANCE | $ 10,000,000 | | $ 5,200,000 | | 4,600,000 | |
| | Price/Gross Living Area | $ | $ 714.29 | | $ 630.00 | | $ 920.00 | |
| | Data and/or | B&T/MLS | MLS | | MLS | | MLS | |
| | Verification Source | INSPECTION | BANKER/TRADES | | BANKER/TRADES | | BANKER/TRADES | |
| | VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| | Sales or Financing | | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| | Concessions | | CLOSED SALE | | CLOSED SALE | | CLOSED SALE | |
| | Date of Sale/Time | | 01/08/04 | | 10/24/03 | | 09/05/03 | |
| | Location | GOOD | GOOD | | GOOD | | GOOD | |
| | Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| | Site | 33,105 S.F. | 653,400 S.F. | -2,000,000 | 30,237 S.F. | 0 | 71,204 S.F. | -20,000 |
| | View | OCEAN | OCEAN | | NGHBRHOOD | +100,000 | NGHBRHOOD | +100,000 |
| | Design and Appeal | VICT.COL/GD. | COLONIAL/GD | | COLONIAL/GD | | COLONIAL/GD | |
| | Quality of Construction | GOOD | SUPERIOR | -2,000,000 | GOOD | | GOOD | |
| | Age | 1892/03 | 1995 | | 1847/00 | | 1998 | |
| | Condition | GOOD | GOOD | | GOOD | | GOOD | |
| | Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| | Room Count | 15   7   6.5 | 15   6   7.5 | -25,000 | 19   10   5.0 | +35,000 | 11   5   5.0 | +35,000 |
| | Gross Living Area | 10,720 Sq. Ft. | 14,000 Sq. Ft. | -164,000 | 8,254 Sq. Ft. | +123,300 | 5,000 Sq. Ft. | +286,000 |
| | Basement & Finished | FULL | FULL | | FULL | | FULL | |
| | Rooms Below Grade | UNFINISHED | FINISHED | -10,000 | UNFINISHED | | UNFINISHED | |
| | Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| | Heating/Cooling | FHA/YES | CENTRAL/YES | | CENTRAL/NO | +7,000 | CENTRAL/YES | |
| | Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| | Garage/Carport | 2 CAR | 3 CAR GARAGE | -10,000 | 2 CAR GARAGE | | 3 CAR GARAGE | -10,000 |
| | Porch, Patio, Deck, | PCH/DECK/PTIO | SIMILAR | | SIMILAR | | SIMILAR | |
| | Fireplace(s), etc. | FIVE | SIX | -7,000 | SEVEN | -14,000 | FOUR | +7,000 |
| | Fence, Pool, etc. | FENCE | INGROUND | -50,000 | FENCE | | NONE | |
| | Net Adj. (total) | | + [X]- $ | 4,266,000 | [X]+  - $ | 251,300 | [X]+  - $ | 398,000 |
| | Adjusted Sales Price | | | | | | | |
| | of Comparable | | $ 5,734,000 | | $ 5,451,300 | | $ 4,998,000 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):  SALES ADJ. $50.00 PER S.F. FOR GLA.  SALES TWO AND THREE ADJ. FOR SUBJECTS SUPERIOR OCEAN VIEW, SALES ONE AND THREE ADJ. FOR SUPERIOR SITE SIZE, PER MARKET AND MLS.  SALE ONE ADJ. FOR SUPERIOR DESIGN PER MLS, NO AGE ADJ. DEEMED NECESSARY DUE TO RECENT RENOVATIONS.  SALE TWO AND THREE EXCEED 6 MONTHS  DUE TO LACK OF RECENT SIMILAR UNIQUE SALES IN THE SUBJECT AREA. DUE TO THE UNIQUENESS OF THE SUBJECT IMPROVEMENT IN SIZE, DESIGN AS WELL AS APPEAL AND HISTORIC VALUE THE APPRAISER EXTENDED SEARCH GUIDELINES TO TOWNS OUTSIDE OF HULL.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | 01/12/01 | NONE | NONE | NONE |
| Source, for prior sales | $900,000 | | | |
| within year of appraisal | MLS/B&T | | | |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:  PER BANKER AND TRADES AND MLS.    THE COMPARABLE SALES HAVE NOT SOLD  OR LISTED WITHIN 36 MONTHS OF THIS APPRAISAL.

| INDICATED VALUE BY SALES COMPARISON APPROACH | | | | $ 5,300,000 |
|---|---|---|---|---|
| INDICATED VALUE BY INCOME APPROACH (if Applicable)  Estimated Market Rent  $  N/A  /Mo. x Gross Rent Multiplier  N/A | | | | = $ |

This appraisal is made [X] "as is"  [ ] subject to the repairs, alterations, inspections or conditions listed below  [ ] subject to completion per plans & specifications.
Conditions of Appraisal:  See attached addenda.

Final Reconciliation:  ALL THREE APPROACHES TO VALUE WERE CONSIDERED, THE COST APPROACH WAS DEVELOPED AND OFFERS LIMITED SUPPORT.THE INCOME APPROACH WAS NOT USED, AS SINGLE FAMILIES ARE NOT NORMALLY PURCHASED FOR INCOME PURPOSES. SALES COMPARISION APPROACH IS THE MOST RELIABLE METHOD.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised    1993    ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF    JUNE 23, 2004
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE    $    5,300,000

APPRAISER:    
Signature _Jennifer S. Troup_    
Name  Jennifer S. Troup    
Date Report Signed  June 24, 2004    
State Certification #  70612    State  MA    
Or State License #    State

SUPERVISORY APPRAISER (ONLY IF REQUIRED):    
Signature _Susan Troup_    
Name  SUSAN TROUP    
Date Report Signed  June 24, 2004    
State Certification #    State    
Or State License #  649    State  MA    
[X] Did  [ ] Did Not  Inspect Property

Freddie Mac Form 70  6/93    PAGE 2 OF 2    Fannie Mae Form 1004  6/93

Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



File No. 940NANTASKET | Page #4



File No. 940NANTASKET Page #5



Form SCA — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

[File No. 940NANTASKET] Page #6]



## Location Map

| Borrower/Client | EDELKIND | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 940 NANTASKET AVENUE | | | | | |
| City  HULL | | County  PLYMOUTH | | State  MA | Zip Code  02045 | |
| Lender  WCS FINANCIAL SERVICES | | | | | | |



File No. 940NANTASKET  Page #8

## Subject Photo Page

| | |
|---|---|
| Borrower/Client EDELKIND | |
| Property Address 940 NANTASKET AVENUE | |
| City HULL | County PLYMOUTH | State MA | Zip Code 02045 |
| Lender WCS FINANCIAL SERVICES | |



### Subject Front

940 NANTASKET AVENUE

| | |
|---|---|
| Sales Price | REFINANCE |
| Gross Living Area | 10,720 |
| Total Rooms | 15 |
| Total Bedrooms | 7 |
| Total Bathrooms | 6.5 |
| Location | GOOD |
| View | OCEAN |
| Site | 33,105 S.F. |
| Quality | GOOD |
| Age | 1892/03 |



### Subject Rear



### Subject Street



Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 940NANTASKET Page #9

## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower/Client | EDELKIND | | | |
| Property Address | 940 NANTASKET AVENUE | | | |
| City HULL | County PLYMOUTH | State MA | | Zip Code 02045 |
| Lender | WCS FINANCIAL SERVICES | | | |



SIDE VIEW



FRONT VIEW



FRONT VIEW

Form GPIC3X5 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 940NANTASKET  Page #10]

## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower/Client | EDELKIND | | | |
| Property Address | 940 NANTASKET AVENUE | | | |
| City | HULL | County PLYMOUTH | State MA | Zip Code 02045 |
| Lender | WCS FINANCIAL SERVICES | | | |



FRONT VIEW



REAR VIEW WITH GARAGE
ACCESS TO GARAGE FROM
GLOVER AVE.



OCEAN VIEW FROM
MASTER BEDROOM

File No. 940NANTASKET  Page #11j

## PHOTOGRAPH ADDENDUM

| Borrower/Client | EDELKIND | | | | |
|---|---|---|---|---|---|
| Property Address | 940 NANTASKET AVENUE | | | | |
| City | HULL | County PLYMOUTH | State MA | Zip Code | 02045 |
| Lender | WCS FINANCIAL SERVICES | | | | |



VIEW OF BOSTON LIGHT
FROM MSTBDRM.



KITCHEN



DINNG ROOM

## PHOTOGRAPH ADDENDUM

| Borrower/Client | EDELKIND | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 940 NANTASKET AVENUE | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code  02045 |
| Lender | WCS FINANCIAL SERVICES | | | | | |



LIVING ROOM



FOYER



MASTER BEDROOM

Form GPIC3X5 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

### PHOTOGRAPH ADDENDUM

| Borrower/Client | EDELKIND | | | | |
|---|---|---|---|---|---|
| Property Address | 940 NANTASKET AVENUE | | | | |
| City | HULL | County PLYMOUTH | State | MA | Zip Code 02045 |
| Lender | WCS FINANCIAL SERVICES | | | | |



MASTER BATH



MASTER BATH

## UNIFORM RESIDENTIAL APPRAISAL REPORT
### MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | +(−)$ Adjust. | COMPARABLE NO. 5 | +(−)$ Adjust. | COMPARABLE NO. 6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 940 NANTASKET AVENUE HULL | 60 SINGLETREE ROAD BROOKLINE | | 235 WARREN STREET BROOKLINE | | | |
| Proximity to Subject | | 13.38 miles | | 12.40 miles | | | |
| Sales Price | $ REFINANCE | $ 5,000,000 | | $ 5,750,000 | | $ | |
| Price/Gross Living Area | $ | $ 925.93 | | $ 718.75 | | $ | |
| Data and/or | B&T/MLS | MLS | | MLS | | | |
| Verification Sources | INSPECTION | BANKER/TRADES | | BANKER/TRADES | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | NONE NOTED CLOSED SALE | | NONE NOTED ACTIVE LISTING | | | |
| Date of Sale/Time | | 03/01/04 | | ACTIVE LISTING | | | |
| Location | GOOD | GOOD | | GOOD | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 33,105 S.F. | 41,764 S.F. | -10,000 | 58,482 S.F. | -15,000 | | |
| View | OCEAN | NGHBRHOOD | +100,000 | NGHBRHOOD | +100,000 | | |
| Design and Appeal | VICT.COL/GD. | COLONIAL/GD | | COLONIAL/GD. | | | |
| Quality of Construction | GOOD | GOOD | | GOOD | | | |
| Age | 1892/03 | 1900/03 | | 1987 | | | |
| Condition | GOOD | GOOD | | GOOD | | | |
| Above Grade Room Count | Total 15 : Bdrms 7 : Baths 6.5 | Total 11 : Bdrms 5 : Baths 5 | +35,000 | Total 15 : Bdrms 6 : Baths 5 | +35,000 | Total : Bdrms : Baths | |
| Gross Living Area | 10,720 Sq. Ft. | 5,400 Sq. Ft. | +266,000 | 8,000 Sq. Ft. | +136,000 | Sq. Ft. | |
| Basement & Finished Rooms Below Grade | FULL UNFINISHED | FULL FINISHED | -10,000 | FULL FINISHED | -10,000 | | |
| Functional Utility | GOOD | GOOD | | GOOD | | | |
| Heating/Cooling | FHA/YES | FHA/YES | | FHA/YES | | | |
| Energy Efficient Items | NONE | NONE | | NONE | | | |
| Garage/Carport | 2 CAR | 3 CAR GARAGE | -10,000 | 4 CAR GARAGE | -20,000 | | |
| Porch, Patio, Deck, Fireplace(s), etc. | PCH/DECK/PTIO FIVE | SIMILAR FOUR | +7,000 | SIMILAR FOUR | +7,000 | | |
| Fence, Pool, etc. | FENCE | INGROUND | -50,000 | INGROUND | -50,000 | | |
| Net Adj. (total) | | ☒ + ☐ − $ | 328,000 | ☒ + ☐ − $ | 183,000 | ☐ + ☐ − $ | |
| Adjusted Sales Price of Comparable | | $ | 5,328,000 | $ | 5,933,000 | $ | |
| Date, Price and Data Source for prior sales within year of appraisal | 01/12/01 $900,000 MLS/B&T | NONE | | NONE | | | |

Comments:   SALES FOUR AND FIVE ADJ. FOR SUBJECTS OCEAN VIEW, PER MARKET AND MLS.  SALE FOUR IS A CLOSED SALE AND FIVE IS AN ACTIVE SALE, BOTH ADDED TO SUPPORT VALUE.  SIMILAR IN CONDITION AND QUALITY OF CONSTRUCTION.  SALES FOUR AND FIVE OVER 1 MILE LOCATED IN THE TOWN OF BROOKLINE, DUE TO LACK OF RECENT SIMILAR INIQUE SALES  IN THE SUBJECT AREA.

Market Data Analysis 6-93

Form UA2.(AC) — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 940NANTASKET   Page #15

## Comparable Photo Page

| Borrower/Client | EDELKIND | | | | |
|---|---|---|---|---|---|
| Property Address | 940 NANTASKET AVENUE | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | WCS FINANCIAL SERVICES | | | | |



**Comparable 4**
60 SINGLETREE ROAD

| | |
|---|---|
| Prox. to Subject | 13.38 miles |
| Sale Price | 5,000,000 |
| Gross Living Area | 5,400 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5 |
| Location | GOOD |
| View | NGHBRHOOD |
| Site | 41,764 S.F. |
| Quality | GOOD |
| Age | 1900/03 |



**Comparable 5**
235 WARREN STREET

| | |
|---|---|
| Prox. to Subject | 12.40 miles |
| Sale Price | 5,750,000 |
| Gross Living Area | 8,000 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5 |
| Location | GOOD |
| View | NGHBRHOOD |
| Site | 58,482 S.F. |
| Quality | GOOD |
| Age | 1987 |

**Comparable 6**

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | EDELKIND |
| Property Address | 940 NANTASKET AVENUE |
| City HULL | County PLYMOUTH     State MA     Zip Code 02045 |
| Lender WCS FINANCIAL SERVICES | |



### Comparable 1

**341 STANDISH STREET**

| | |
|---|---|
| Prox. to Subject | 23.33 miles |
| Sale Price | 10,000,000 |
| Gross Living Area | 14,000 |
| Total Rooms | 15 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7.5 |
| Location | GOOD |
| View | OCEAN |
| Site | 653,400 S.F. |
| Quality | SUPERIOR |
| Age | 1995 |



### Comparable 2

**12 LAKEVIEW**

| | |
|---|---|
| Prox. to Subject | 13.55 miles |
| Sale Price | 5,200,000 |
| Gross Living Area | 8,254 |
| Total Rooms | 19 |
| Total Bedrooms | 10 |
| Total Bathrooms | 5.0 |
| Location | GOOD |
| View | NGHBRHOOD |
| Site | 30,237 S.F. |
| Quality | GOOD |
| Age | 1847/00 |



### Comparable 3

**284 WARREN STREET**

| | |
|---|---|
| Prox. to Subject | 12.50 miles |
| Sale Price | 4,600,000 |
| Gross Living Area | 5,000 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.0 |
| Location | GOOD |
| View | NGHBRHOOD |
| Site | 71,204 S.F. |
| Quality | GOOD |
| Age | 1998 |

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Regatta Appraisal Service
Form ACR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1.  I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.  I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.  I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.  I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.  I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.  I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.  I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal.  I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.  I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply.  I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report.  I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.  I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report.  If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report.  I certify that any individual so named is qualified to perform the tasks.  I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that:
I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   940 NANTASKET AVENUE, HULL, MA 02045

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name:  Jennifer S. Troup | Name:  SUSAN J. TROUP |
| Date Signed:  June 24, 2004 | Date Signed:  June 24, 2004 |
| State Certification #:  70612 | State Certification #: |
| or State License #: | or State License #:  649 |
| State:  MA | State:  MA |
| Expiration Date of Certification or License:  5/20/2007 | Expiration Date of Certification or License:  11/14/2005 |

☒ Did        ☐ Did Not Inspect Property

# INVOICE

**FROM:**
SUSAN T. TROUP
REGATTA APPRAISAL SERVICE
884 WASHINGTON STREET
WEYMOUTH, MA 02189

Telephone Number: 781-331-6470      Fax Number: 781-331-6481

| | |
|---|---|
| INVOICE NUMBER: | |
| **DATE** | |
| JUNE 23, 2004 | |
| **REFERENCE** | |
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 940NANTASKET |
| Other File # on form: | EDELKIND |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**
DOUGLAS GACCIONE
WCS FINANCIAL SERVICES
250 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10177

Telephone Number: 212-949-5686      Fax Number:  212-949-2211
Alternate Number:                              E-Mail: DGACCIONE@WCSLENDING

## DESCRIPTION

Lender: WCS FINANCIAL SERVICES          Client: WCS FINANCIAL SERVICES
Purchaser/Borrower: EDELKIND
Property Address: 940 NANTASKET AVENUE
City: HULL
County: PLYMOUTH                    State: MA                    Zip: 02045
Legal Description: BOOK-19257 PAGE-118

| FEES | AMOUNT |
|---|---|
| Full Appraisal - URAR | 1,250.00 |
| PAID IN FULL | -1,250.00 |
| | |
| **SUBTOTAL** | |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $        0.00 |

**Supplemental Addendum**

File No.    940NANTASKET

| Borrower/Client    EDELKIND | | | |
|---|---|---|---|
| Property Address    940 NANTASKET AVENUE | | | |
| City    HULL | County    PLYMOUTH | State    MA | Zip Code    02045 |
| Lender    WCS FINANCIAL SERVICES | | | |

**• URAR: Conditions of Appraisal**

THIS APPRAISAL IS DONE IN COMPLIANCE WITH (USPAP) AND THE REQUIREMENTS OF TITLE X1 (FIRREA). DEPARTURE PROVISION OF USPAP WAS NOT UTILIZED. THIS REPORT HAS BEEN SIGNED BY A PASSWORD PROTECTED DIGITAL SIGNATURE.

**• URAR: Additional Features**

THE SUBJECT IS A ONE OF A KIND VICTORIAN STYLE DWELLING, BUILT BY BOSTON MAYOR " HONEY FITZ" ON POINT ALLERTON, ALSO HOME TO ROSE FITZGERALD KENNEDY AND BIRTHPLACE OF JOSEPH P. KENNEDY JR.

ADDITIONAL FEATURES INCLUDE: FIVE UPGRADED GAS FIREPLACES, A SIDE PATIO, DECK OFF THE MASTER BEDROOM, THREE PORCHES, A 2 CAR DETACHED GARAGE, A SECURITY SYSTEM WITH CAMERAS, INTERCOM AND ELECTRONIC SLIDING FRONT GATE, SIX FURNACES,  5 CENTRAL AIR SYSTEMS, SEVERAL TANKLESS HOT WATER HEATERS, CEDAR CLOSET, AND A FULL UNFINISHED PARTIALLY HEATED BASEMENT.

**• URAR: Condition of Improvements**

ALL MECHANICAL SYSTEMS APPEAR TO BE IN GOOD WORKING CONDITION. DEPRECIATION IS THRU THE AGE LIFE METHOD.  SUBJECT HAS BEEN COMPLETELY RESTORED AND RENOVATED TO ORIGINAL VICTORIAN DESIGN, INTERIOR HAS NEW CUSTOM KITCHEN AND ALL BATHS HAVE BEEN UPGRADED,  REINSTALLED AND REFINISHED CUSTOM ORIGINAL HARDWOOD FLOORING AS WELL AS MARBLE AND GRANITE THRU OUT, INTERIOR PAINT, NEWLY PLASTERED WALLS, CUSTOM MANTLES, MOLDINGS, AND DOOR CASINGS, RADIANT HEAT IN MASTER BATH FLOOR. FINISHING OF 4TH FLOOR INTO NANNIE SUITE . EXTERIOR, NEW MAN MADE SLATE ROOFING,NEWLY COVERED SECTION OF FRONT PORCH, NEW LY PAINTED TO ORIGINAL COLOR ,PROFESSIONAL LANDSCAPING, INCLUDING GRADING, RETAINING WALLS , WALKWAYS GARDENS AND A COBBLE STONE DRIVEWAY AND CARPORT.

**• URAR: Neighborhood Boundaries and Characteristics**

NEIGHBORHOOD BOUNDRIES CONSIST OF  FITZPATRICK WAY  "SPINAKER ISLAND" AND HULL BAY TO THE SOUTH, "BOSTON LIGHT" AND "POINT ALLERTON" TO NORTH AND EAST, PEMBERTON , "STONEY BEACH" AND VIEWS OF THE CITY OF BOSTON TO THE WEST. PANORAMIC OCEAN VIEWS FROM ALL ANGLES. .

[File No. 940NANTASKET] Page #22]

## Building Sketch (Page – 1)

| | |
|---|---|
| Borrower/Client | EDELKIND |
| Property Address | 940 NANTASKET AVENUE |
| City HULL | County PLYMOUTH | State MA | Zip Code 02045 |
| Lender | WCS FINANCIAL SERVICES |

SEE SCANNED PLANS

Sketch by Apex IV™

Form SKT.BldSkd — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE