# EXHIBIT B



**HOWARD S. DONO & ASSOCIATES, INC.**
*Real Estate Appraisers & Consultants*

130102146
File No. 04060006

## APPRAISAL OF

## LOCATED AT:

940 Nantasket Avenue
Hull, MA  02045

## FOR:

W CS Lending
250 Park Avenue, 4th Floor
New York, NY  01077

## BORROWER:

Lindia Edelkind

## AS OF:

June 4, 2004

## BY:

Jennifer MacKoul



**HOWARD S. DONO & ASSOCIATES, INC.**
*Real Estate Appraisers & Consultants*

130102146
File No. 04060006

Doug
W CS Lending
250 Park Avenue, 4th Floor
New York, NY 01077

File Number:  04060006

In accordance with your request, I have personally inspected and appraised the real property at:

940 Nantasket Avenue
Hull, MA 02045

The purpose of this appraisal is to estimate the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of   June 4, 2004               is:

$5,200,000
Five Million Two Hundred Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

Jennifer MacKoul

Howard S. Dono & Associates, Inc.

130102146

**UNIFORM RESIDENTIAL APPRAISAL REPORT**    File No. 04060006

## SUBJECT

| | |
|---|---|
| Property Address 940 Nantasket Avenue | City Hull | State MA | Zip Code 02045 |

Legal Description Plymouth Registry Bk 19257, Pg 118.    County Plymouth

Assessor's Parcel No. 09/096    Tax Year 04    R.E. Taxes $ 20,272.92    Special Assessments $ N/A

Borrower Lindia Edelkind    Current Owner Edelkind    Occupant: [X] Owner ☐ Tenant ☐ Vacant

Property rights appraised ☐ Fee Simple [X] Leasehold ☐ Project Type ☐ PUD ☐ Condominium (HUD/VA only)    HOA$ _____ N/A /Mo.

Neighborhood or Project Name N/A    Map Reference N/A    Census Tract 5001.02

Sale Price $ N/A    Date of Sale N/A    Description and $ amount of loan charges/concessions to be paid by seller N/A

Lender/Client WCS Lending    Address 250 Park Avenue, 4th Floor, New York, NY 10177

Appraiser Jennifer MacKoul    Address 217 West Boylston Street, West Boylston, MA 01583

## NEIGHBORHOOD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | [X] Suburban | ☐ Rural | **Predominant occupancy** | **Single family housing** | **Present land use %** | **Land use change** |
| Built up | ☐ Over 75% | [X] 25-75% | ☐ Under 25% | | PRICE $ (000) / AGE (yrs) | One family 70% | [X] Not likely ☐ Likely |
| Growth rate | ☐ Rapid | [X] Stable | ☐ Slow | [X] Owner | 250 Low / New | 2-4 family | ☐ In process |
| Property values | ☐ Increasing | [X] Stable | ☐ Declining | ☐ Tenant | 2000 High / 100+ | Multi-family | To: Well established |
| Demand/supply | ☐ Shortage | [X] In balance | ☐ Over supply | [X] Vacant (0-5%) | Predominant | Commercial | neighborhood. |
| Marketing time | [X] Under 3 mos. | ☐ 3-6 mos. | ☐ Over 6 mos. | ☐ Vacant (over 5%) | 400 / 45 | (Vacant) 30% | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: See Attached Addendum.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
See Attached Addendum.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time
- - such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
Sales and financing concessions are typical to the local market no measurable effect on value or marketability. Sales activity appears
to be at a higher pace with one to three months marketing period estimated. Residential mortgage rates have stabilized after modest
increases over the past year. Mortgages are available through many sources, including government backed programs such as VA, FHA
and MFHA as well as conventional bank financing.

## PUD

Project Information for PUDs (if applicable) - - is the developer/builder in control of the Home Owners' Association (HOA)? ☐ YES ☐ NO

Approximate total number of units in the subject project N/A    Approximate total number of units for sale in the subject project N/A

Describe common elements and recreational facilities: N/A

## SITE

Dimensions Irregular metes and bounds    Topography Mostly Level

Site area .75 acres or (32,795 square feet)    Corner Lot ☐ Yes [X] No    Size Average

Specific zoning classification and description RA, 20,000 sq ft lot min.    Shape Mostly Rectangular

Zoning compliance [X] Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning    Drainage Appears adequate

Highest & best use as improved: [X] Present use ☐ Other use (explain)    View Neigh/W ater

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] Municipal | | Street | Asphalt | [X] | ☐ | Landscaping | Typical of area |
| Gas | [X] Municipal | | Curb/gutter | Asphalt | [X] | ☐ | Driveway Surface | Cobblestone |
| Water | [X] Municipal | | Sidewalk | Asphalt | [X] | ☐ | Apparent easements | None Apparent |
| Sanitary sewer | [X] Municipal | | Street lights | Incandescant | [X] | ☐ | FEMA Special Flood Hazard Area ☐ Yes [X] No | |
| Storm sewer | [X] Municipal | | Alley | None | ☐ | ☐ | FEMA Zone Zone C | FEMA Map Date 7/2/92 |
| | | | | | | | FEMA Map No. 250269 0002 B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning, use, etc.): No apparent
adverse easements, encroachments or special assessments. Subject offers above average amenities due to its setting and location.
Site appraised as if unimproved in the Cost Approach Subject may be rebuilt if destroyed

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Stone | Slab | None | Area Sq.Ft. | 3462 | Roof | ☐ |
| No. of Stories | 3.50 | Exterior Walls | Wd Shingle | Crawl Space | None | % Finished | 0% | Ceiling | ☐ |
| Type (Det./Att.) | SF Detach | Roof Surface | Slate | Basement | Full | Ceiling | Joist | Walls | ☐ |
| Design/Style | Colonial | Gutters & Dwnspts. | None | Sump Pump | None | Walls | Stone | Floor | ☐ |
| Existing/Proposed | Existing | Window Type | Double Hung | Dampness | No evidence | Floor | Concrete | None | ☐ |
| Age (Yrs.) | 112 | Storm/Screens | Combination | Settlement | No evidence | Outside Entry | Yes | Unknown Insul | [X] |
| Effective Age (Yrs.) | 5-7 | Manufactured House N/A | | Infestation | No evidence | doorway | | concealed | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 3,462 |
| Level 1 | 1 | 1 | 1 | 1 | | | | | .5 | Hk-ups | | 3,462 |
| Level 2 | | | | 1 | | | | 3 | 3 | | | 3,258 |
| | | | | 1 | | | | 4 | 3 | | | 4,000 |

Finished area above grade contains:    15 Rooms;    7 Bedroom(s);    6.5 Bath(s);    10,720 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Hdwd/Crpt/Gd | Type FHW | | Refrigerator | [X] | None | | Fireplace(s) # Five | [X] | None ☐ | |
| Walls | Plaster/Gd | Fuel Gas | | Range/Oven | [X] | Stairs | [X] | Patio Patio | [X] | Garage 2 | # of cars |
| Trim/Finish | Wood/Gd | Condition Gd | | Disposal | [X] | Drop Stair | | Deck Deck | [X] | Attached None | |
| Bath Floor | Tile/Gd | COOLING | | Dishwasher | [X] | Scuttle | | Porch 3 Porches | [X] | Detached 2 Car | |
| Bath Wainscot | Tile/Gd | Central CAir | | Fan/Hood | [X] | Floor | [X] | Fence Fence | [X] | Built-In None | |
| Doors | Solid core/Gd | Other N/A | | Microwave | [X] | Heated | [X] | Pool None | | Carport None | |
| Gd/Custom quality construction. | | Condition Gd | | Washer/Dryer | [X] | Finished | [X] | | | Driveway 2+ Cars | |

## COMMENTS

Additional features (special energy efficient items, etc.): See Attached Addendum.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction remodeling/additions, etc.: See Attached
Addendum.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the
immediate vicinity of the subject property: See Attached Addendum.

Produced using ACI software, 800.234.8727 www.aciweb.com

Freddie Mac Form 70  6-93    Fannie Mae Form 1004  6-93

Howard S. Dono & Associates, Inc.

**UNIFORM RESIDENTIAL APPRAISAL REPORT**

130102146
File No. 04060006

**Valuation Section**

### COST APPROACH

| | | | |
|---|---|---|---|
| ESTIMATED SITE VALUE | VACANT/UNIMPROVED | = $ | 2,000,000 |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | | |
| Dwelling 10,720 Sq. Ft. @ $ 250.00 | = $ | 2,680,000 | |
| Bsmt. 3462 Sq. Ft. @ $ 75.00 | = | 259,650 | |
| Dck,Pto,Prches,FP,CA,Fnce,Gar | = | 200,000 | |
| Garage/Carport Sq. Ft. @ $ | = | | |
| Total Estimated Cost New | = $ | 3,139,650 | |
| Less 65 Physical Functional External | Est. Remaining Econ. Life: 59 | | |
| Depreciation $191,20:|$63,734 | = $ | 254,937 | |
| Depreciated Value of Improvements | = $ | 2,884,713 | |
| "As-is" Value of Site Improvements | = $ | 350,000 | |
| INDICATED VALUE BY COST APPROACH | = $ | 5,234,700 | |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property):
Estimated remaining economic life: 59 years
See Attached Addendum.

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 940 Nantasket Avenue | 43 Littles Pint Road | | 12 Lakeview | | 284 Warren Street | |
| Address Hull | | Swampscott, MA | | Cambridge, MA | | Brookline, MA | |
| Proximity to Subject | | 25-30 mi. +/- | | 10-12 mi. +/- | | 15-20 mi. +/- | |
| Sales Price | $ N/A | $ | 3,700,000 | $ | 5,200,000 | $ | 4,600,000 |
| Price/Gross Liv. Area | $ 0.00 ☑ | $ 446.59 ☑ | | $ 630.00 ☑ | | $ 920.00 ☑ | |
| Data and/or | Inspection | MLS | | MLS | | MLS | |
| Verification Sources | | Banker & Tradesman | | Banker & Tradesman | | Banker & Tradesman | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales of Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | None reported | | None reported | | None reported | |
| Date of Sale/Time | N/A | 12/03 | | 10/03 | | 9/03 | |
| Location | Good | Good/Ocean | -100,000 | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | .75 acres | 1.04 acres | | .69 acres | | 1.63 acres | |
| View | Neigh/Water | Neigh/Water | | Neighborhood | 100,000 | Neighborhood | 100,000 |
| Design and Appeal | Colonial/Gd | Colonial/Gd | | Colonial/Gd | | Colonial/Gd | |
| Quality of Construction | Good/Custom | Good | 370,000 | Good/Custom | | Good/Custom | |
| Age | 112 Years | 77 years | | 156 years | | 5 years | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total 50 Bdrms 15 Baths 6.50 | Total 16 Bdrms 5 Baths 5.50 | | Total 19 Bdrms 10 Baths 5.00 | -12,500 | Total 11 Bdrms 5 Baths 4F2H | 27,500 |
| Room Count | | | | | | | |
| Gross Living Area | 10,720 Sq.Ft. | 8,285 Sq.Ft. | 121,800 | 8,254 Sq.Ft. | 123,300 | 5,000 Sq.Ft. | 286,000 |
| Basement & Finished | Full/Unfinished | Full/Unfinished | | Full/Unfinished | | Full/Unfinished | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FHW/CAir | FHA/CAir | | FHW/None | 7,500 | FHW/CAir | |
| Energy Efficient Items | None | None | | Average | | None | |
| Garage/Carport | 2 Car Detached | Driveway | 6,000 | 2 Car Detached | | 3 Car Attached | -3,000 |
| Porch, Patio, Deck, | Prches,Pto,Deck | Porch.Pto | 15,000 | Porch, Patio | 9,000 | Terraces | 9,000 |
| Fireplace(s), etc. | 5 Fireplaces | 4 Fireplaces | 3,000 | 7 Fireplace | -6,000 | 4 Fireplaces | 3,000 |
| Fence, Pool, etc. | Fence | None | 5,000 | Fence | | IGPl,Tennis,Fnce | -10,000 |
| Kit & Baths | Good | Good | | Good | | Good | |
| Net Adj. (total) | | ☒ + ☐ - $ | 420,800 | ☒ + ☐ - $ | 221,300 | ☒ + ☐ - $ | 412,500 |
| Adjusted Sales Price | | Gross: 16.8% | | Gross: 5.0% | | Gross: 9.5% | |
| of Comparable | | Net: 11.4% $ | 4,120,800 | Net: 4.3% $ | 5,421,300 | Net: 9.0% $ | 5,012,500 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc. ): The sales utilized show a range in value after adjustments of $4,120,800 to $5,421,300. All sales offer good support for the estimated value of the subject ROUNDED at:

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | 1/12/2001 | None | None | None |
| Source for prior sales | $900,000 | RETD | RETD | RETD |
| within year of appraisal | Deed | | | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject has not been listed for sale within the past 12 months according to the Bay State MLS. No other transactions within the past three years.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | | $ 5,200,000 |
| INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A | = $ | N/A |

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans and specifications.

Conditions of Appraisal: The subject has been appraised "AS IS" with no conditions other than the attached FNMA Form 1004B.

### RECONCILIATION

Final Reconciliation: See Attached Addendum. The report has been electronically signed and transmitted in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP). See Attached Addendum.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 06/04/2004 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 5,200,000 .

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature | Signature |
| Name Jennifer MacKool | Name Howard S. Dono, MRA, IFAS |
| Date Report Signed 6/7/2004 | Date Report Signed 6/7/2004 |
| State Certification # | State State Certification # 1204, General State MA |
| Or State License # 70267 | State MA Or State License # State |
| | ☐ Did ☒ Did Not Inspect Property |

Freddie Mac Form 70  6·93

PAGE 2 OF 2
Produced using ACI software, 800.234.8727 www.aciweb.com

Fannie Mae Form 1004  6·93

Howard S. Dono & Associates

Howard S. Dono & Associates, Inc.

**UNIFORM RESIDENTIAL APPRAISAL REPORT**

130102146
File No. 04060006

**Supplemental Valuation Section**

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| 940 Nantasket Avenue | | 60 Singletree Road | | 419 Grove Street | | | |
| Address Hull | | Brookline, MA | | Needham, MA 02045 | | | |
| Proximity to Subject | | 25-30 mi. +/- | | 20-25 mi. +/- | | | |
| Sales Price | $ N/A | $ | 5,000,000 | $ | 4,750,000 | $ | |
| Price/Gross Liv. Area | $ 0.00 ☑ | $ 925.93 ☑ | | $ 1,041.44 ☑ | | $ ☑ | |
| Data and/or | Inspection | MLS | | MLS | | | |
| Verification Sources | | Banker & Tradesman | | Banker & Tradesman | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | Conventional | | LP to SP | -157,700 | | |
| Concessions | | None reported | | Ratio | | | |
| Date of Sale/Time | N/A | 3/04 | | Listing | | | |
| Location | Good | Good | | Good/Lake | -100,000 | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | .75 acres | .95 acres | | 2.64 acres | -10,000 | | |
| View | Neigh/Water | Neighborhood | 100,000 | Neigh/Water | | | |
| Design and Appeal | Colonial/Gd | Colonial/Gd | | Colonial/Gd | | | |
| Quality of Construction | Good/Custom | Good/Custom | | Good | 475,000 | | |
| Age | 112 Years | 104 years | | 73 years | | | |
| Condition | Good | Good | | Good | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 15 : 7 : 6.50 | 11 : 5 : 4F2H | 27,500 | 12 : 5 : 4F2H | 30,000 | | |
| Gross Living Area | 10,720 Sq.Ft. | 5,400 Sq.Ft. | 266,000 | 4,561 Sq.Ft. | 308,000 | Sq.Ft. | |
| Basement & Finished | Full/Unfinished | Full/Unfinished | | Full/Unfinished | | | |
| Rooms Below Grade | None | None | | None | | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | FHW/CAir | FHA/CAir | | FHA/CAir | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 2 Car Detached | 3 Car Attached | -3,000 | 3 Car Attached | -3,000 | | |
| Porch, Patio, Deck, | Prches,Pto,Deck | Patio | 12,000 | Patio | 12,000 | | |
| Fireplace(s), etc. | 5 Fireplaces | 4 Fireplaces | 3,000 | 4 Fireplaces | 3,000 | | |
| Fence, Pool, etc. | Fence | IGPl,Irrg,FncHtTb | -13,000 | IG Pool,Cabana | -5,000 | | |
| Kit & Baths | Good | Good | | Good | | | |
| Net Adj. (total) | | [X] + [ ] - : $ | 392,500 | [X] + [ ] - : $ | 552,300 | [X] + [ ] - : $ | 0 |
| Adjusted Sales Price | | Gross: 8.5% | | Gross: 23.2% | | Gross: 0.0% | |
| of Comparable | | Net: 7.8% $ | 5,392,500 | Net: 11.6% $ | 5,302,300 | Net: 0.0% $ | 0 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc. ): Comparable #4 is located behind another
property on the same street as the subject which would be considered inferior to the subject and was therefore given a location
adjustment.

| ITEM | SUBJECT | COMPARABLE NO. 4 | COMPARABLE NO. 5 | COMPARABLE NO. 6 |
|---|---|---|---|---|
| Date, Price and Data | 1/12/2001 | None | None | |
| Source for prior sales | $900,000 | RETD | RETD | |
| within year of appraisal | Deed | | | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:

## ADDENDUM

| Borrower: Lindia Edelkind | | File No.: 04060006 |
|---|---|---|
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | | |

### FUNCTION OF THE APPRAISAL

The function of this appraisal report is for real estate lending purposes or to assist in collateral evaluation and/or portfolio management.

### PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the above referenced property. The market value provided herein is based on the definition of market value as defined in Fannie Mae Form 1004B, revised 6/93, of the fee simple title to the appraised property.

### SCOPE OF THE APPRAISAL

The scope of this report is FULL and full consideration has been given to all factors influencing the value and marketability of the subject property. Information was obtained from government publications; public records or documents; conversations with state and local officials; conversations with knowledgeable developers, builders, brokers and building users; conversations with the subject property owner; national, state and local real estate services and publications; grantees and grantors; lessees and lessors; listing, selling and representing brokers; lenders and personal inspections by the appraiser(s). Information was verified by as many sources as possible. This appraisal is a "Summary Appraisal Report" per the Appraisal Standards Board.

### APPRAISAL CERTIFICATION

Information was verified by as many sources as possible and any information which was unavailable to the analyst has been detailed in the report and has been divulged to the client.

To the best of my knowledge the statements of fact contained in this appraisal report are true and accurate.

A clear and marketable title is assumed for the subject property, as the appraiser has not performed a title of ownership search.

The appraiser certifies that he/she is competent to complete the appraisal report in accordance with the competency provision of the Uniform Standards of Professional Appraisal Practice.

The appraisal report has been prepared in conformity with and is subject to the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Massachusetts Board of Real Estate Appraisers and the Appraisal Institute.

As of the effective date of this report, Howard S. Dono, MRA has completed the continuing education requirements of the Massachusetts Board of Real Estate Appraisers.

### Neighborhood Boundaries

The subject is located in the town of Hull in eastern Massachusetts within Plymouth County. There is good access to services, employment centers and major highway routes (Route 228, Route 3A, Route 3 and the Massachusetts Turnpike, I-90) to Worcester, Boston, Springfield, Hartford, Nashua and providence.

The subject is located in the the northerns section of Hull which is an oceanfront town. The subject offers views of the Atlantic Ocean and Nantasket Beach. The subjects immediate Neighborhood is bounded by Seawall Blvd to the north, Fitzpatrick Way to the south, Nantasket Beach to the east and Stony Beach to the west. The neighborhood shoppking district is located along Route 228 which is easily accessible by public or private transportations. The subject property is within close proximity to all services, shopping and schools.

### Neighborhood Market Factors

Banker and Tradesman Capsule Reports monthly statistical analysis for sales activity throughout Massachusetts. The most recent statistical analysis for residential sales in Plymouth County reports a year to date median selling price of

## ADDENDUM

| Borrower: Lindia Edelkind | | File No.: 04060006 |
|---|---|---|
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | | |

$255,000 as of December 2002. The same source reports a year to date median selling price of $290,000 for December 2003. These statistics show a 13.73% increase in the median sales price in the past year. The market does appear, however, to have leveled off in the fall of 2003, mainly due to the increase in the mortgage interest rates in the past six months.

I have considered relevant competitive listings and/or contract offerings in the performance of this appraisal and in the trending information reported in this section. If a trend is indicated, I have attached an addendum providing relevant competitive listing/contract offering data.

Sales and financing concessions are typical to the subjects marketing area with no apparent adverse effect on the value of marketability.

### Addional Features
The subject is a victorian colonial style single family dwelling that is approximately 112 years old according to the assessors office. The estimated effective age is considered to be 5-7 years and reflects the current condition of the property. The home was originally owned by the Kennedy's and has recently been restored and renovated by the current owners who purchased the subject in 2001. At the time of the purchase the home was vacant and uninhabitable according to the owner. The owners have restored the original victorian style designs throughout the home. Renovations and restorations include the following: Kitchen and all bathrooms, plumbing, 600 amp electrical , conversion of oil to gas heat with new furnaces and hot water heaters, refinishing of all hardwood flooring, security system, central air, master bedroom and walkin closet, converting fireplaces to gas heat, exterior paint, plaster walls throughout, ceilings, interior paint, custom mantles, custom molding and door casings throughout, cobblestone driveway, and walkways, fence, ladnscaping, finishing of the fourth floor and built in shelves in study. At the time of the inspection a deck off the second floor master bedroom was being constructed which has been given no value due to its limited finish. See attached photos.

### Condition of Improvements
Physical depreciation is measured by estimating value loss attributed to both the normal and abnormal physical deterioration of the improvements. There are two types of physical depreciation, incurable and curable. Physical incurable is an element of accrued depreciation, a defect caused by physical deterioration that is impractical or uneconomic to correct. Physical curable is an element of accrued depreciation, a curable defect caused by deferred maintenance. Physical curable depreciation typically includes short lived components that have expected lives that are less than the buildings expected life.

Physical depreciation, both curable and incurable found in the appraised property has been calculated by the age/life method.

Functional obsolescence is a loss in value due to inadequacies in a building design, over capacity or the use of construction materials that reduces the overall utility of the building. Typically, the cost of a functionally obsolete component is in excess of how the market will react in terms of its willingness to pay for that component.

Functional obsolescence appeared to be limited to building materials and methods used during the period of the original construction.

External depreciation is measured by factors outside the physical boundaries of the subjects site that would contribute to some economic loss or negative impact on the marketability or value of the property.

At the time of the inspection and after a general overview of the subjects immediate neighborhood there were no signs of external depreciation found in the subject property.

### Adverse Environmental Conditions
In this appraisal assignment the existence of hazardous material, or potentially hazardous material, such as urea formaldehyde foam insulation, radon gas, toxic waste or lead paint has not been considered. The appraiser is not professionally qualified to detect such substances that may have been used in the construction or maintenance of the subject property or that may be found in the soil or subsoil.

This appraisal has been prepared based on the following assumption; the subject property conforms to all local, state and federal regulations concerning the existence of potentially hazardous waste or contamination that may be found in the subject

## ADDENDUM

| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | |

property.

OIL TANKS: The subject property is heated by a gas fired heating system. There were no observable oil storage tanks located on site. Gas heat is common and typical to homes in the general market area with no adverse effect on the value or marketability.

**Cost Approach Comments**
ESTIMATED LAND VALUE

The land value estimated in the Cost Approach is based on analysis of sales and listing data of similar parcels of vacant land from the subjects general marketing area. The site value has been estimated as unimproved.

Due to a limited suppy of buildable single family residential house lots in the subjects general marketing area, the land to building ratios are commonly exceeding 25%.

ESTIMATED REPLACEMENT COST NEW

The Marshall and Swift Residential Cost Handbook was the data source for the Cost Approach, together with current cost data obtained from field interviews with regional builders for actual building costs.

**Comments on Sales Comparison**
SALES DATA

In the Direct Sales Comparison all sales utilized in this analysis are closed sales. In addition, current listings for sale have also been considered in the final value estimate.

Sales Data, including the gross building area of the comparable sales considered for analysis was obtained from the Multiple Listing Services, the Real Estate Transfer Directory, County Home Data, Inc., the Board of Assessors, the grantor, the grantee, the real estate broker, the appraisers files, or other sources considered reliable. The sales data has been verified with as many sources as possible. However, the appraiser(s) have not conducted field measurements of the comparable sale properties.

Information provided by the owner, or broker is presumed to be correct and as of the date of valuation.

EXPLANATION OF ADJUSTMENTS

The sales considered most comparable to the appraised property have been adjusted by the analyst as follows $50.00 per square foot, (rounded) for the G.L.A.; $5,000 per room;$5,000 per full bath;$2,500 per half bath;$3,000 per stall for attached/detached garages;$1,500 per stall for built ins.

SALES OVER ONE MILE AND SOLD BETWEEN SIX MONTHS AND A YEAR AGO

Sales considered comparable utilized in this analysis located over one mile from the subject property or sold more than six months ago are considered defensible as there has been limited transfer activity of similar properties within the subject's neighborhood. Therefore it was necessary to analyze sales of similar style properties in competing neighborhoods that would offer a potential buyer an acceptable alternative. The sales utilized were the best similar sales available in terms of location, condition and functional utility and offer comparable habitat with distance or date of sale no detriment to reliability.

**Final Reconciliation**
COST APPROACH

**ADDENDUM**

| | |
|---|---|
| Borrower:  Lindia Edelkind | File No.:  04060006 |
| Property Address:  940 Nantasket Avenue | Case No.:  130102146 |
| City:  Hull | State:  MA          Zip:  02045 |
| Lender:  WCS Lending | |

   The Marshall and Swift Residential Cost Handbook was the data source for the Cost Approach.  Physical depreciation was calculated by the age/life method. Due to the difficulty of accurately estimating accrued depreciation of all forms and the age of the subject property the Cost Approach has not been deemed a reliable value indicator and hence, has only been given secondary consideration.

INCOME APPROACH

   The Income Approach to value is not considered to be a reliable indicator of  value for single family residential homes in the general market area. The Income Approach has been fully considered although limited verifiable rental data is available. Therefore there is not a clear indicator of value via the income approach. Currently there are few single family homes rented in the general area. Most of the single family homes that are rented are used as interim uses and are not investor owner for income purposes.

SALES COMPARISON APPROACH TO VALUE

   The sales comparison approach to value is considered to be the most reliable indicator of value for residential properties. This is due to ample recent sales data that compare well in most aspects to the subject property. The sales comparison approach has been weighted the most in the analysts final estimate of value.

130102146
File No. 04060006

**DEFINITION OF MARKET VALUE:**    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**    The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated ) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

130102146
File No. 04060006

**APPRAISERS CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**    940 Nantasket Avenue, Hull, MA 02045

| APPRAISER: | SUPERVISORY APPRAISER (only if required) |
|---|---|
| Signature: | Signature: |
| Name: Jennifer MacKoul | Name: Howard S. Dono, MRA, IFAS |
| Date Signed: 6/7/2004 | Date Signed: 6/7/2004 |
| State Certification #: | State Certification #: 1204, General |
| or State License #: 70267 | or State License #: |
| State: MA | State: MA |
| Expiration Date of Certification or License: 11/16/2005 | Expiration Date of Certification or License: 08/07/2005 |
|  | ☐ Did    ☒ Did Not Inspect Property |

**SUBJECT PROPERTY PHOTO ADDENDUM**

| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA     Zip: 02045 |
| Lender: W CS Lending | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: June 4, 2004
Appraised Value: $ 5,200,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**



**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA          Zip: 02045 |
| Lender: W CS Lending | |



**COMPARABLE SALE #1**

43 Littles Point Road
Swampscott, MA
Sale Date: 12/03
Sale Price: $ 3,700,000



**COMPARABLE SALE #2**

12 Lakeview
Cambridge, MA
Sale Date: 10/03
Sale Price: $ 5,200,000



**COMPARABLE SALE #3**

284 Warren Street
Brookline, MA
Sale Date: 9/03
Sale Price: $ 4,600,000



**COMPARABLE PROPERTY PHOTO ADDENDUM**

| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | |



**COMPARABLE SALE #4**

60 Singletree Road
Brookline, MA
Sale Date: 3/04
Sale Price: $ 5,000,000



**COMPARABLE SALE #5**

419 Grove Street
Needham, MA 02045
Sale Date: Listing
Sale Price: $ 4,750,000



**COMPARABLE SALE #6**

Sale Date:
Sale Price: $



| Borrower: Lindia Edelkind | | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: W CS Lending | | |









| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: W CS Lending | |









| Borrower: Lindia Edelkind | | File No.: 04060006 |
|---|---|---|
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: W CS Lending | | |









**LOCATION MAP**

| | |
|---|---|
| Borrower: Lindia Edelkind | File No.:   04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | |



| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | |



| | |
|---|---|
| Borrower: Lindia Edelkind | File No.:   04060006 |
| Property Address:940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA          Zip: 02045 |
| Lender: WCS Lending | |



| | |
|---|---|
| Borrower: Lindia Edelkind | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA |
| Lender: WCS Lending | Zip: 02045 |



Comp 5
419 Grove St

© 1998 DeLorme. Street Atlas USA



**HOWARD S. DONO & ASSOCIATES, INC.**
*Real Estate Appraisers & Consultants*

130102146
File No. 04060006



········ **INVOICE** ········

File Number: 04060006                                    6/7/2004

Doug
W CS Lending
250 Park Avenue, 4th Floor
New York, NY 01077

Borrower :          Lindia Edelkind

Invoice # :
Order Date :         06/01/2004
Reference/Case # :   130102146
PO Number :

940 Nantasket Avenue
Hull, MA  02045

|                        |       |         |   |
|------------------------|-------|---------|---|
|                        | $     | 700.00  |   |
|                        | $     |         |   |
|                        |       |         |   |
| Invoice Total          | $     | 700.00  |   |
| State Sales Tax @ 0%   | $     | 0.00    |   |
| Deposit                | ( $   | 700.00  ) |
| Deposit                | ( $   |         ) |
|                        |       |         |   |
| Amount Due             | $     | 0.00    |   |

Terms:  PAID

Please Make Check Payable To:

Howard S. Dono & Associates, Inc.
217 W est Boylston Street
W est Boylston, MA  01583

Fed. I.D. #:

| Borrower: Lindia Edelkind | | File No.: 04060006 | |
|---|---|---|---|
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 | |
| City: Hull | State: MA | | Zip: 02045 |
| Lender: WCS Lending | | | |









| Borrower: Lindia Edelkind | | File No.: 04060006 |
| --- | --- | --- |
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | | |









| Borrower: Lindia Edelkind | | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: W CS Lending | | |









| Borrower: Lindia Edelkind | | File No.:   04060006 |
|---|---|---|
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: W CS Lending | | |









| Borrower: Lindia Edelkind | File No.: 04060006 |
|---|---|
| Property Address: 940 Nantasket Avenue | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | |









| Borrower: Lindia Edelkind | | File No.: 04060006 | |
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 | |
| City: Hull | State: MA | | Zip: 02045 |
| Lender: W CS Lending | | | |











| | | |
|---|---|---|
| Borrower: Lindia Edelkind | | File No.: 04060006 |
| Property Address: 940 Nantasket Avenue | | Case No.: 130102146 |
| City: Hull | State: MA | Zip: 02045 |
| Lender: WCS Lending | | |

property line existing retaining wall
property line
garage floor 8 ft into grade
1ST FLOOR
existing structure
new 3 car garage

HOWARD S. DONO & ASSOCIATES, INC.

SECOND FLOOR

Lender: WCS Lending
Property Address:940 Nantasket Avenue
Borrower: Lindia Edelkind
City: Hull
State: MA          Zip: 02045
File No.: 040600006
Case No.: 130102146



THIRD FLOOR

Borrower: Lindia Edelkind
Property Address: 940 Nantasket Avenue
City: Hull
State: MA
Zip: 02045
File No.: 04060006
Case No.: 13010212146
Lender: WCS Lending



732 sq ft living area not including 620 sq ft storage or open below area's

BEDROOM
199 sq ft

VIDEO ROOM
184 sq ft

AU-PAIR STUDY
256 sq ft

CLOSET
29 sq ft

STORAGE
629 sq ft

BATH
192 sq ft

OPEN BELOW
349 sq ft

FOURTH FLOOR

Lender: WCS Lending
City: Hull
Property Address: 940 Nantasket Avenue
Borrower: Lindia Edelkind

State: MA
Case No.: 13010214b
File No.: 04060006
Zip: 02045