# EXHIBIT C

| Lehman - ALS BRANCHBURG LOW | Loan # / Borrower: 18052067 FOEL/LINDA |
|---|---|
| UW ID: SJM   QC ID: WM   Box #: 00751   12/07/04 | Property Address: 940 NANTASKET AVE. |
| | HULL, MA 02045 |

### Loan Information
- Origination Date: 08/25/04
- 1st Payment Date: 10/01/04
- Original Note Balance: $ 3,300,000.00
- Original Note Rate: 9.000%
- Original P&I: $26,552.55
- Intended Maturity Date: 09/01/34
- Stated Original Term: 360
- Amort. Type: Fixed
- Balloon ?: Not a Balloon
- Remaining Term (Calc): 358
- Current Balance (Tape): $ 3,298,197.45
- Current Rate (Tape): 9.000%
- Pre-payment Penalty ?: No
- PP Penalty Term (Months): Not Applicable
- Pre-payment Penalty Type: Not Applicable
- Lehman Pre-payment Type: Not Applicable
- Originator: Fairmont Funding, Ltd.

### ARM Information
- Index: Not Applicable
- Margin: Not Applicable
- Rate Chg Freq: Not Applicable
- Pmt Chg Freq: Not Applicable
- 1st Rate Chg: Not Applicable
- 1st Pmt Chg: Not Applicable
- Next Rate Chg: Not Applicable
- Next Pmt Chg: Not Applicable
- Initial Rate Cap: Not Applicable
- Periodic Rate Cap: Not Applicable
- Max. Rate (Life Ceiling): Not Applicable
- Min. Rate (Life Floor): Not Applicable
- Lookback Period: Not Applicable
- Rate Rounding Method: Not Applicable
- Conversion Option: Not Applicable
- Neg. Am. Potential: Not Applicable

### Title
- Title Evidence: Commitment Title Policy
- Type of Ownership: Fee Simple
- Lien Position (Best Case): First
- Subordinate Lien Type: Not Applicable
- Subordinate Lien Amt: Not Applicable
- MI Company/Coverage: Not Applicable / Not Applicable

### Appraisal Information
- Property Type: Single Family
- Location: Suburban
- Orig Appraisal Value: $ 5,200,000
- Appraisal Form: 1004 URAR (Uniform Resid. Appraisal Rpt)
- Quality of Appraisal: Average
- Quality of Property: Good    Appr Date: 06/04/04
- Year Built: 1892    Unit: 1
- Review Val: Second Full Appr: $ 5,300,000
- Lender Appraised Value: $ 5,200,000.00
- Lender Subj LTV / CLTV: 63.46%  /  63.46%

### Loan Application
- Occupancy: Primary
- Purpose: Equity Cash Out
- Refi in Last 12 Mo: No
- Refi Benefit to Borrower:
- C/O exceeding cost of Refi (Incl. prepay penalties)
- Total Cash Out: $ 569,878
- Cash in Hand to Borr.: $ 569,878
- Sales Price: Not Applicable
- Rent or Owned: Own
- 1st Time Home Buyer?: Not Applicable
- Years in Primary Residence: 3.0
- Prior Primary Housing Pmt: $ 15,128.00
- Housing Payment Increase: $ 14,090.21
- Borrower 1 Occupation: COO/DATA TECHNOLOGY
- Yrs in Field/Job: 6.0 / 5.2
- Borrower 2 Occupation:
- Yrs in Field/Job: Not Applicable / Not
- # of family members: 2
- AU System Used: Not Applicable
- AU System Grade: Not Applicable

### Borrower Credit

|  | Mtg/Rent | Investor/2nd | Consumer |
|---|---|---|---|
| Mos Reviewed: | 44 | | 48 |
| # of Times 1X30: | 0 | | 0 |
| # of Times 1X60: | 0 | | 0 |
| # of Times 1X90: | 0 | | 0 |
| Currently Delinq.: | No | | No |
| Total Delinquent: | Not | | Not |
| % of Cons Derogs: | 0.00% | | |

|  | Chargeoffs | Collections | Liens | Judgments |
|---|---|---|---|---|
| No.: | 0 | 0 | 0 | 0 |
| Amount: | Not | Not | Not | Not |
| Last Date: | Not | Not | Not | Not |
| Paid ?: | Not | Not | Not | Not |

- Ever BK: No
- Ever F/C: No

**Qualifying Credit Score:**
- Borr 1: 621
- Borr 2: Not Applicable
- Score for Grading: 621
- Program Type: Credit Flex
- RUG (Risk Upgrade): No
- Lender Grade: A    Clayton Grade: A

- Total Monthly Income: $ 91,667.00
- Monthly Housing Cost: $ 29,218.21
- Total Monthly Obligations: $ 35,742.21
- Net Disposable Income: $ 33,008.04
- Asset Verif Type: Bank Stmts.
- Verif Gift: $ 0.00
- Cash in Hand (excl C/O): $ 7,548,740.73
- Cash Req. to Close: $ 0.00
- Cash Reserves: $ 7,548,740.73
- Months PITI Reserves: 258.4

| Ratios | Housing | Debt |
|---|---|---|
| Clayton: | 31.9% | 39.0% |
| Lender: | 32.6% | 39.8% |
| Tape: | | 39.8% |

- Lender Doc Type: Limited Documentation
- S&P Doc Type: Verbal Verification of Employment (VVOE)
- Income Docs Borr 1: Business License and/or CPA letter or other ver of business formation with or without
- Borr 2: Not Applicable
- Does Borrower have Ability to Repay Debt: Yes
- Has Borr Shown Willingness to Pay Hsg Exp: Yes
- Value Supported w/in 15% & Prop Marketable: Yes

### Review Summary

**Compliance Event Grade:**
- Clayton: 3-Material Issues
- Final: 3
- Event Reason: Fin. Chg Underdisclosed
- Data Integrity Event: Fail

**Credit Event Grade:**
- Clayton: 2
- Final: 2
- Guideline Exceptions: Mortgage/Rental History Exception
- Purpose at origination: Refinance (Tape) -> Equity Cash Out (Audit)
- Origination Note Document Date: 09/28/04 (Tape) -> 08/25/04 (Audit)
- Latest Note:Balloon By Design?: (Tape) -> Not a Balloon (Audit)
- Lender Documentation Type: Lite Documentation (Tape) -> Limited Documentation (Audit)

**QC Status:**
- Clayton: Y
- Client: Client Reviewed

**Government Exhibit 11cc** 04-10066-MEL

**CLAYTON** Copyright © 2004 by Clayton Residential Services, Inc.