# EXHIBIT E

# PRENUPTIAL AGREEMENT OF JAMIE EDELKIND

WHEREAS, Jamie Edelkind, as an inducement for Linda Lien to enter into the contract of Marriage, does hereby contract and promise as follows:

1. All the liabilities of Jamie Edelkind shall remain his liabilities.
2. Jamie shall not create additional liabilities that might include Linda being held responsible without her express permission.
3. In the event that Linda comes into any property or assets, they shall be and remain her sole personal property.
4. In the event that Linda desires to relocate from the U.S. to Norway, Jamie agrees to allow her to do so without impediment.
5. In the event that Linda desires to keep custody of their children, Jamie agrees to allow her to do so provided that she allows for as much visitation as practicable.
6. Jamie, hereby agrees to enter a confession of divorce if such an action is filed by Linda. If the prayer in the divorce filing includes a preference for custody, Jamie agrees not to contest, provided that the choice is either Jamie or Linda.

This agreement is subject to the laws and jurisdiction of Fulton County, Georgia, USA.

Signed this the 7th day of December 1998

Jamie Edelkind

Notary

Signed this the 7th day of December 1998

Notary Public, Cobb County, Georgia
Commission Expires December 8, 2002

Mary B. Polzin

P-3