# EXHIBIT F



| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0265 |
|---|---|---|

| B. Type of Loan | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | 6. File Number: EDELKIND | 7. Loan Number: 0714101352 | 8. Mortgage Insurance Case Number | | |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Linda Edelkind | **FINAL** | Fairmont Funding LTD, A New York Corp<br>1333 60th Street, 2nd fl.<br>Brooklyn, New York 11219- |

| G. Property Location: | H. Settlement Agent: McGonagle & McGonagle, Attorneys at Law | |
|---|---|---|
| 940 Nantasket Avenue<br>Hull, Massachusetts 02045- | Place of Settlement:<br>227A Bunker Hill Street<br>Charlestown, Massachusetts 02129- | I. Settlement Date:<br>Wednesday<br>August 25, 2004 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 149,940.91 | 403. | |
| 104. Washington Mutual | 2,113,537.20 | 404. | |
| 105. Wells Fargo | 356,242.38 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes        to | | 406. City/town taxes       to | |
| 107. County taxes            to | | 407. County taxes          to | |
| 108. Assessments             to | | 408. Assessments           to | |
| 109. Gordon & Balikian | 42,200.00 | 409. | |
| 110. Keyspan | 17,237.30 | 410. | |
| 111. Town of Hull RE txes | 22,088.38 | 411. | |
| 112. XL Lending Group | 28,875.00 | 412. | |
| 120. Gross Amount Due From Borrower | 2,730,121.17 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 3,300,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes           to | | 511. County taxes          to | |
| 212. Assessments            to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 3,300,000.00 | 520. Total Reduction Amount Due Seller | |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | 2,730,121.17 | 601. Gross Amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 3,300,000.00 | 602. Less Reductions in amount due seller (line 520) | |
| 303. Cash ☐ From ☒ To Borrower | 569,878.83 | 603. Cash ☐ To ☐ From Seller | 0.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate. Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

Previous editions are obsolete     Page 1 of 2     form HUD-1 (3/86)
ref Handbook 4305.2

