## UNIFORM RESIDENTIAL APPRAISAL REPORT

| Property Description | | | | File No. 0S455623 |
|---|---|---|---|---|

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 940 Nantasket Avenue | City HULL | State MA | Zip Code 02045 |
| Legal Description Please refer to Plymouth Registry of Deeds Book 19257 Page 118 | | | |
| Assessor's Parcel No. Map 09 Lot 096 | Tax Year 2005 R.E. Taxes $ 18,126 | Special Assessments $ None noted | |

| Borrower N/A | Current Owner Linda Edelkind | Occupant: | Owner | Tenant | X Vacant |
|---|---|---|---|---|---|

| Property rights appraised | X Fee Simple | Leasehold | Project Type | PUD | Condominium (HUD/VA only) | HOA$ N/A | /Mo. |
|---|---|---|---|---|---|---|---|

| Neighborhood or Project Name Allerton Hill | Map Reference MSA 14484 | Census Tract 5001.01 |
|---|---|---|

| Sale Price $ N/A | Date of Sale N/A | Description & amount of loan charges/concessions to be paid by seller |
|---|---|---|

| Lender/Client Lehman Brothers Bank | Address 10350 Park Meadows Drive Littleton, CO 80124 |
|---|---|

| Appraiser Mary E. Granville MA CERT GEN #345 | Address 150 Wood Road/Suite 1001, Braintree, Massachusetts 02184 |
|---|---|

**NEIGHBORHOOD**

| Location | Urban | X Suburban | Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| | | | | | PRICE $(000) | AGE (yrs) | | |
| Built up | X Over 75% | 25-75% | Under 25% | | One family 80 | X Not likely | Likely |
| Growth rate | Rapid | X Stable | Slow | X Owner | 400 Low 25 | 2-4 family 20 | In process |
| Property values | Increasing | X Stable | Declining | Tenant | 1,400 High 125 | Multi-family | To: |
| Demand/supply | Shortage | X In balance | Over supply | X Vacant (0-5%) | Predominant | Commercial | |
| Marketing time | X Under 3 mos. | 3-6 mos. | Over 6 mos. | Vacant (over 5%) | 600 75 | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: The subject property is located in the Allerton section of Hull. Neighborhood boundaries are Bluff Road on the east, Fitzpatrick Way on the south, Seawall Blvd on the north and Duck Lane on the west.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): Current market conditions in Hull have stabilized after a strong appreciating market over the past several years. Demand is currently in balance with supply and properly priced homes sell within days to about four months. Homes excessively priced tend to remain on the market for several months until there is a price correction. Homes over $900,000 are limited and tend to remain on the market longer as these properties have a very limited buyer pool. Financing is readily available at local lending institutions and sales concessions are not prevalent. Interest rates are hovering in 6 % for a 30 year fixed rate.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Current market conditions in Hull have stabilized after a strong appreciating market over the past several years. Demand is currently in balance with supply and properly priced homes sell within days to about four months. Homes excessively priced tend to remain on the market for several months until there is a price correction. Homes over $900,000 are limited and tend to remain on the market longer as these properties have a very limited buyer pool. Financing is readily available at local lending institutions and sales concessions are not prevalent. Interest rates are hovering in 6% or a little less for a 30 year fixed rate.

**PUD**

Project Information for PUDs  (If applicable) - - Is the developer/builder in control of the Home Owner's Association (HOA)?  | Yes | No

Approximate total number of units in the subject project _____  Approximate total number of units for sale in the subject project _____

Describe common elements and recreational facilities:

**SITE**

| | | | |
|---|---|---|---|
| Dimensions See attached assessors plan and deed for dimensions | | Topography | level to sloping |
| Site area 32,984 square feet | Corner Lot X Yes No | Size | 32,924 s.f/ larger than typ |
| Specific zoning classification and description Single Family B (12,000 min ) 75' frontage | | Shape | rectangular |
| Zoning compliance X Legal Legal nonconforming (Grandfathered use) Illegal No zoning | | Drainage | adequate at time of insp |
| Highest & best use as improved: X Present use Other use (explain) | | View | oceanview |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Street | asphalt paved | X | | Landscaping | appeared adequate |
| Gas | X | | Curb/gutter | granite curb | X | | Driveway surface | decorative masonry product |
| Water | X | | Sidewalk | asphalt | X | | Apparent easements | none noted |
| Sanitary sewer | X | | Street lights | fluorescent | X | | FEMA Special Flood Hazard Area | Yes X No |
| Storm sewer | X | | Alley | none | | | FEMA Zone C | Map Date 5/2/83 |
| | | | | | | | FEMA Map No. 250269-0002B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): The subject property is located at the base of Allerton Hill offering water views from three sides of the dwelling. The water oriented dwelling has foundation plantings and lawn area as well as a garage accessed from an adjacent street. SEE ADDENDUM

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | granite | Slab | N/A | Area Sq. Ft. 2,929 sq. ft. | | Roof | |
| No. of Stories | 3.1/4 | Exterior Walls | stucco | Crawl Space | N/A | % Finished | none | Ceiling | |
| Type (Det./Att.) | detached | Roof Surface | plastic tile | Basement | full | Ceiling | none | Walls | |
| Design (Style) | victorian | Gutters & Dwnspts. | alum/ | Sump Pump | unknown | Walls | none | Floor | |
| Existing/Proposed | existing | Window Type | jalousie | Dampness | in part | Floor | none | None | |
| Age (Yrs.) | 113 | Storm/Screens | in part | Settlement | in part | Outside Entry | yes | Unknown | X |
| Effective Age (Yrs.) | 20-30 | Manufactured House N/A | | Infestation | squirrels | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 2,929 |
| Level 1 | X | X | X | X | X | | | | .5 | X | sunprch | 2,862 |
| Level 2 | | | | | | | | 3 | 3 | | deck | 2,789 |
| | | | | | | X | | 3 | 1 | | | 1,380 |

Finished area above grade contains: 11 Rooms;  6 Bedroom(s);  4.5 Bath(s);  7,031 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | oak | Type | FHA | Refrigerator | X | None | | Fireplace(s) # 6 | X | None | |
| Walls | oak panel/plast | Fuel | gas | Range/Oven | X | Stairs | X | Patio | | Garage | 2# of cars |
| Trim/Finish | oak | Condition unknow | | Disposal | | Drop Stair | | Deck | wood | Attached | |
| Bath Floor | c.t/marble/wd | COOLING | | Dishwasher | X | Scuttle | | Porch | e | Detached | wood frame |
| Bath Wainscot | marble/wd/ct | Central | yes | Fan/Hood | X | Floor | X | Fence | encl | Built-In | |
| Doors | oak | Other | | Microwave | | Heated | | Pool | chainlk | Carport | |
| | | Condition unknow | | Washer/Dryer | X | Finished | | | | Driveway | faux brick/ |

**COMMENTS**

Additional features (special energy efficient items, etc.): The subject property has the original oak detail in many parts of the dwelling. Some of this detail has been damaged by water or improper maintenance. There are stained glass windows throughout.

Condition of the improvements, depreciation (physical, functional and external), repairs needed, quality of construction, remodeling/additions, etc.: PLEASE SEE ADDENDUM FOR FULL DESCRIPTION.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: Considering the age of the subject property, it is possible the property may contain some form of hazardous materials such as lead paint os asbestos however a professional would need to be consulted to determine this.

**Valuation Section**

File No. 0S455623

## COST APPROACH

| | |
|---|---|
| ESTIMATED SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . = $ | Comments on Cost Approach (such as, source of cost estimate, |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | site value, square foot calculation and for HUD, VA and FmHA, |
| Dwelling ____ 7,031 Sq. Ft. @ ____ = ____ | the estimated remaining economic life of the property): |
| ____ 2,929 sq. ft. Sq. Ft. @ ____ = ____ | The Cost Approach is not considered appropriate to this appraisal due to |
| ____ = ____ | the age of the dwelling and the difficulty in estimating depreciation and |
| Garage/Carport ____ Sq. Ft. @ ____ = ____ | obsolescence which is necessary in valuation method and can be |
| Total Estimated Cost New . . . . . . . . . . . . . . = ____ | subjective in nature. Additionally, there is a very limited number of land |
| Physical     Functional     External | sales in this fully developed neighborhood with which to base a site |
| Less | value estimate. |
| Depreciation \|____\|____\|____ = $ ____ | |
| Depreciated Value of Improvements . . . . . . . . . . . . . . = $ ____ | |
| "As-is" Value of Site Improvements . . . . . . . . . . . . . . = $ ____ | |
| INDICATED VALUE BY COST APPROACH . . . . . . . . . . = $     0 | |

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 940 Nantasket Avenue | 180 Border Street | | 49 Beach Street | | 27 Surfside Road | |
| | HULL | Scituate | | Hull | | Scituate | |
| Proximity to Subject | | 7.4 MI SE | | 2.1 MI SE | | 8.5 MI ESE | |
| Sales Price | $ N/A | | $ 1,325,000 | | $ 1,430,000 | | $ 1,525,000 |
| Price/Gross Liv. Area | $ | $ 214.90 | | $ 482 | | $ 479 | |
| Data and/or | inspection | MLS, Realtor, Assessors | | MLS, Realtor, Assessors | | MLS, Realtor, Assessors | |
| Verification Source | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | none reported | | none reported | | none reported | |
| Concessions | | | | | | | |
| Date of Sale/Time | 4/20/05 | 12/17/2004 | | 8/31/2004 | | 7/26/2004 | |
| Location | Hull/avg | Scituate/avg | | Hull/ avg | | Scituate/avg | |
| Leasehold/Fee Simple | fee simple | fee simple | | fee simple | | fee simple | |
| Site | 32,984 sq.ft/avg | 2.29 acre/sup | -50,000 | 6,098 sq ft/inf | 100,000 | 11,279 sq ft/inf | 25,000 |
| View | oceanview | no ocean | 132,500 | oceanview | | oceanfront | -76,250 |
| Design and Appeal | victorian/good | tudor/good | | victorian/good | | colonial/good | |
| Quality of Construction | excellent | good | 66,250 | excellent | | excellent | |
| Age | 113 years | 105 years | | 105 years | | 105 years | |
| Condition | average | good | -66,250 | excellent | -140,300 | good | -76,250 |
| Above Grade | Total \| Bdrms \| Baths | Total \| Bdrms \| Baths | | Total \| Bdrms \| Baths | | Total \| Bdrms \| Baths | |
| Room Count | 11 \| 6 \| 4.5 | 13 \| 5 \| 5.5 | -5,000 | 10 \| 6 \| 4.0 | 2,500 | 10 \| 4 \| 3.5 | 5,000 |
| Gross Living Area | 7,031 Sq. Ft. | 6,165 Sq. Ft. | 30,300 | 2,967 Sq. Ft. | 142,250 | 3,184 Sq. Ft. | 134,650 |
| Basement & Finished | full/ | full | | full/ | | full/ | |
| Rooms Below Grade | unfinished | unfinished | | finished room | -2,500 | unfinished | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | FHA/yes | FHA/none | 5,000 | FHA/none | -5,000 | FHA/none | 5,000 |
| Energy Efficient Items | average | average | | average | | average | |
| Garage/Carport | 2 car unusable | 2 car garage/barn | -10,000 | 1 car detached | -5,000 | 2 car detached | -10,000 |
| Porch, Patio, Deck, | deck, porch/decks | deck/waterfall | | open porch/deck | | porch,balco,patio | |
| Fireplace(s), etc. | 6 fireplaces | 6 fireplaces | | 1 fireplace | 10,000 | 1 fireplace | 10,000 |
| Fence, Pool, etc. | no pool | inground pool | -20,000 | pond | -2,500 | no pool | |
| | finished attic/bath | No finished attic | 5,000 | No finished attic | 5,000 | No finished attic | 5,000 |
| Net Adj. (total) | | X \| + \| - \| $ | 87,800 | X \| + \| - \| $ | 104,450 | X \| + \| - \| $ | 22,150 |
| Adjusted Sales Price | | 6.63 % Net | | 7.30 % Net | | 1.45 % Net | |
| of Comparable | | 29.46 % Grs \| $ | 1,412,800 | 29.02 % Grs \| $ | 1,534,450 | 22.76 % Grs \| $ | 1,547,150 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): The above sales are considered the best sales with which to compare to the subject property. The size adjustment is based on $35 per square foot. A complete analysis of the sales selection and adjustments are included in the addendum section of this report. The value estimate considers the property to be in average overall condition. The estimate in average condition is $1,500,000. The estimated value of the property with consideration given to the repairs and renovation as is is $1,000,000.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price, and Data | 1/12/2001 | 12/31/93 | 6/14/1999 | 12/17/1997 |
| Source, for prior sales | $900,000 | $525,000 | Family | $610,000 |
| within year of appraisal | Assessors/MLS | Assessors | Assessors | Assessors |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:   The subject property is not currently publicly listed for sale.

INDICATED VALUE BY SALES COMPARISON APPROACH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     1,000,000
INDICATED VALUE BY INCOME APPROACH   (If Applicable) Estimated Market Rent $ ____ /Mo. x Gross Rent Multiplier ____ = $ N/A
This appraisal is made   "as is"   X   subject to repairs, alterations, inspections or conditions listed below   ☐ subject to completion per plans and specifications.
Conditions of Appraisal:   Please see addendum regarding the repairs necessary to consider the property in average overall condition.

## RECONCILIATION

Final Reconciliation:   The primary approach to value is the Market Data Approach to Value as this considers the motivations of the buyer and the sellers in the marketplace. The income approach to value was not considered as there is no available data to develop this approach to value. The Cost Approach was not developed due to the age of the property. The value indicated is $1,000,000.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised ____).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF   April 20,2005
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $     1,000,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature   Mary E. Granville | Signature ____   ☐ Did   ☐ Did Not |
| Name   Mary E. Granville | Name ____   Inspect Property |
| Date Report Signed   5/5/2005 | Date Report Signed ____ |
| State Certification #   Certified General #345   State   MA | State Certification # ____   State ____ |
| Or State License # ____   State ____ | Or State License # ____   State ____ |

## SUPPLEMENTAL SALES 4 5 6 ADDENDUM

File No. 0S455623

| ITEM | SUBJECT | Comparable No. 4 | | Comparable No. 5 | | Comparable No. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 940 Nantasket Avenue HULL | 251 Beach Street Hull | | 15 Beach Avenue Hull | | 25 Mt Pleasant Avenue Hull | |
| Proximity to Subject | | 0.93 MI SE | | 2.2 MI SE | | 0.99 MI WSW | |
| Sales Price | $ N/A | $ 1,025,000 | | $ 1,300,000 | | 1,350,000 | |
| Price/Gross Liv. Area | $ | $ 418.40 | | $ 367.10 | | $ 339.90 | |
| Data and/or Verification Sources | inspection | MLS, Realtor, Assessors | | MLS, Realtor, Assessors | | MLS, Realtor, Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | none reported | | none reported | | none reported | |
| Date of Sale/Time | 4/20/05 | 8/01/2004 | | pending | -65,000 | active | -67,500 |
| Location | Hull/avg | Hull/avg | | Hull/avg | | Hull/avg | |
| Leasehold/Fee Simple | fee simple | fee simple | | fee simple | | fee simple | |
| Site | 32,984 sq.ft/avg | 6,166 sq.ft/inf | 100,000 | 4,140 sq.ft/inf | 100,000 | 34,100 sq.ft/avg | |
| View | oceanview | oceanview | | oceanview | | oceanfront | -67,500 |
| Design and Appeal | victorian/good | colonial/avg | 51,250 | colonial cont/avg | 65,000 | victorian/inf | 67,500 |
| Quality of Construction | excellent | good | 102,500 | good | 65,000 | good | 67,500 |
| Age | 113 years | 105 years | | 78 Years | | 155 years | |
| Condition | average | good | -51,250 | good | -65,000 | average | |
| Above Grade Room Count | Total 11 / Bdrms 6 / Baths 4.5 | Total 11 / Bdrms 6 / Baths 2.5 | 10,000 | Total 8 / Bdrms 3 / Baths 2.5 | 10,000 | Total 12 / Bdrms 9 / Baths 1.0 | 17,500 |
| Gross Living Area | 7,031 Sq. Ft. | 2,450 Sq. Ft. | 160,350 | 3,541 Sq. Ft. | 122,150 | 3,972 Sq. Ft. | 107,100 |
| Basement & Finished | full/ | full | | full | | Full | |
| Rooms Below Grade | unfinished | unfinished | | in law apt | -25,000 | unfinished | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | FHA/yes | FHA/CA | | FHW/wall | 4,000 | No heat/cool | 20,000 |
| Energy Efficient Items | average | average | | average | | average | |
| Garage/Carport | 2 car unusable | 6 offstreet | | no parking | | 6 off street | |
| Porch, Patio, Deck, etc. | encl porch/decks | 3 decks | | deck/patio | | porch/deck | |
| Fireplace(s), etc. | 6 fireplaces | 1 fireplace | 10,000 | 2 fireplace | 8,000 | 1 fireplace | 10,000 |
| Fence, Pool, etc. | no pool | no pool | | no pool | | no pool | |
| | finished attic/bath | No finished attic | 5,000 | No finished attic | 5,000 | No finished attic | 5,000 |
| Net Adj. (total) | | X + . $ | 387,850 | X + . $ | 224,150 | X + . $ | 159,600 |
| Adjusted Sales Price of Comparable | | 37.84 % Net 47.84 % Grs | 1,412,850 | 17.20 % Net 41.10 % Grs | 1,524,150 | 11.82 % Net 31.82 % Grs | 1,509,600 |
| ITEM | SUBJECT | Comparable No. 4 | | Comparable No. 5 | | Comparable No. 6 | |
| Date, Price and Data Source for prior sales within year of appraisal | 1/12/2001 $900,000 Assessors/MLS | 3/3/03 $663,000 Assessors/ | | 12/10/2001 $540,000 Assessors | | 11/18/2003 $1.00 Family Assessors | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sale of subject and comparables within one year of the date of appraisal:

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):
Please see addendum for a complete explanation of valuation.

*(vertical label at left: SALES COMPARISON ANALYSIS)*

**TEXT ADDENDUM**                                    File No. 0S455623

| | |
|---|---|
| Borrower: N/A | |
| Property Address: 940 Nantasket Avenue | County: PLYMOUTH |
| City: HULL           State: MA | Zip Code: 02045 |
| Lender: Lehman Brothers Bank | |

USPAP REGULATIONS:

In accordance with Standard Rule 1 of the Uniform Standards of Professional Appraisal Practice (USPAP), no departure has been invoked and this report is considered to be a COMPLETE APPRAISAL.

In compliance with Standards Rule 2 of the USPAP Regulations, the reporting format is is considered to be a SUMMARY REPORT, wherein some of the information considered and the appraisal procedures followed may be summarized rather than described in detail.

PURPOSE AND FUNCTION OF APPRAISAL:

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for asset valuation.

SCOPE OF THE APPRAISAL PROCESS:

The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

USPAP REGULATIONS:

In accordance with Standard Rule 1 of the Uniform Standards of Professional Appraisal Practice (USPAP), no departure has been invoked resulting in what is considered to be a COMPLETE APPRAISAL.

In compliance with Standard Rule 2 of USPAP Regulations, the reporting format is considered to be a SUMMARY REPORT, wherein some of the information considered and the appraisal procedures followed may be summarized rather than described in detail.

LEGAL REFERENCE:

The deed is attached for review and is available to the reader for review or attachment to the appraisal report. The book and page reference cited is based on assessing record data.

MARKET OVERVIEW:

The market in Hull for large Victorian properties is limited at any given time. The subject property is unique in this market place of seaside year round homes and cottages. However analysis enclosed in this report indicates limited sales of over $700,000 have occurred in the Town of Hull. Hull was overly developed in the last century and many lots have been divided into very small parcels allowing for hi-density and an overall seaside cottage type appeal. The Hull market indicated 28 properties in this price range since the year 2000 with overall appreciation over the past five years set at 16.79% in this price range. Currently 22 properties actively listed over $800,000 with 7 of these properties over one million dollars, four of which have been on the market over 150 days. This indicates a limited buyer pool of these types of dwellings in the Town of Hull. The appraiser is very familiar with the South Shore towns in this area and reviewed several adjacent towns in researching the subject property. The upper end properties are very slow in selling since 2003. This trend appears to be continuing currently.

ZONING COMPLIANCE:

The subject site does meet the minimum land area required by current zoning laws.

## TEXT ADDENDUM

File No. 0S455623

| | |
|---|---|
| Borrower: N/A | |
| Property Address: 940 Nantasket Avenue | County: PLYMOUTH |
| City: HULL          State: MA | Zip Code: 02045 |
| Lender: Lehman Brothers Bank | |

SITE:

The subject site consists of over 32,924 square feet parcel and fronts on Nantasket Avenue with 200 feet of frontage. It is located at the corner of Point Allerton Road. The frontage on Point Allerton Road is 149 feet. The site is nearly rectangular in shape with the exception of a strip of land which runs at the rear of the property. This strip of land accomodates the garage which is a modest two car wood frame structure. There is a significant dirt pile in the driveway of the garage which has caused some neighborhood concern. The landscaping in the yard consists of foundation plantings. A few trees and hedges edge the street property line on Nantasket Avenue and Point Allerton Road. There is chain link fencing at the rear of the property edging the area where the garage is constructed. Mr. Edelkind had wanted a level yard so a retraining wall was built to accommodate this at the rear of the property line. This retaining wall which has been constructed of a masonry product is now falling in. The dirt that was removed to create the level yard is the dirt in the driveway fronting on Glover Street. There is a left side faux brick or stone driveway which leads from Nantasket Avenue to the carport which is on the right side of the dwelling. There is walkway which has been created on the left side of the yard to create a sitting area. There are white and gold ornate iron gates at the front entrance. The remaining area is either grass covered or stone covered with the exception of the walkways which lead to dwelling.

A visual description of the site can be found in the attached photographs.

PROPERTY DESCRIPTION:

The subject property is a Victorian Style dwelling located in the Allerton Hill section of Hull. The property is a three plus story dwelling which was constructed in 1892 for Boston Mayor John J. "Honey Fitz" Fitzgerald, the father of Rose Fitzgerald Kennedy. The dwelling is stately in appearance and was constructed of very good quality materials. It is situated to give full consideration to the ocean views.

The dwelling is a Elizabethan or Half Timber style which is distinguished by massive sculpted chimneys, complicated high peaked roof lines and small stained glass casement windows. The interior of this style often has large halls and spacious living spaces with large fireplaces and beamed ceilings. All of these characteristics are significantly present in the subject structure.

Entry to the dwelling is through a massive oak door to an entry foyer which is expansive. The foyer is open to the second level with a staircase which wraps around the masonry fireplace. There is a long window seat which is on the opposite side of the foyer. From the foyer, access to most parts of the dwelling is possible. The right side open to a study/reading/music room. This room is completely finished in oak panels and has beamed ceilings. The study is large and the windows are on the front side of the dwelling and overlook the front yard.

The foyer has a large opening to the left side living room. The living room has dark oak panelling, a beamed ceiling and oak floors. The living is enhanced by detailed molding and an intricately carved mantle. This living room is very large and has the benefit of opening to a left front enclosed porch. To the rear of the living room is a banquet sized dining room. The dining room is enhanced with the same detail as the living room. The mantle is richly carved and the fenestration from this room offers a direct view of Boston Lighthouse.

At the rear of the foyer and to the right of the dining room is a series of hallways and small area which leads to the kitchen. The kitchen is well sized and has been renovated with new cabinets, a granite countertop, and a stainless steel sink. The workmanship is poor and sub-standard with portions unfinished and the cabinets not properly fitted to the walls. The overall design of the kitchen indicates a severe functional issue as the stove is located in an adjacent area which would suggest food preparation to be very difficult.

Additionally on this level, is a half bath which is located to the rear of the office/study and is equipped with two fixtures, a black water closet and a contemporary pedestal sink. The styling of this bath is not in keeping with the age and style of the dwelling. There is mudroom/laundry area at the rear of the kitchen which serves as a pass through to the rear door. A butlers pantry is central to the rear of the

**TEXT ADDENDUM**                                    File No. 0S455623

| Borrower: N/A | |
| --- | --- |
| Property Address: 940 Nantasket Avenue | County: PLYMOUTH |
| City: HULL                    State: MA | Zip Code: 02045 |
| Lender: Lehman Brothers Bank | |

dwelling and accesses both the kitchen area and the dining room.

The second level is accessed from the front foyer staircase as well as a second staircase located off the kitchen. There are three bedrooms on this level and three full baths. There is a large right side bedroom. which has a very small closet. To the rear of this bedroom, is an additional good size bedroom with large adjacent closet or little sitting room. This room has doors that open to the roof but no roof enclosure to allow for access. Adjacent and accessed from this bedroom is a full older looking bath with a vanity, ceramic tile floor and a tub/shower. This bath is also accessed from the central hall. Central to the rear of the second floor is a full bath with an older appearance, an ornate vanity, a water closet and a tub/shower combination. Neither of these baths have been updated or remodeled in keeping with the design of the dwellings. A long hallway leads to the master suite which is located on the left side of the dwelling. There is a large master bedroom which has a fireplace and french doors which lead to a deck. The deck has a stone flooring. The deck also has panoramic vies of Boston Light and City of Boston. At the rear left corner of this dwelling is a full bath which appears to have been newly installed. There are twin sinks, a large whirlpool tub and a double shower stall which is fitted with a steam component. There is additional alcove which has the water closet. The floor and walls are a combination of ceramic tiles and marble tiles. The bath appears to be fairly well done however, no building permits had been issued for any part of the dwelling and information obtained from the town indicates this bath and all the baths may be sub-standard. Adjacent to the bath is a room which at one time may have been a nursery or a bedroom and has been turned into a closet. The closet installation appears to be sub standard.

Unless otherwise noted, the second floor finishes are a combination of hardwood floors, painted plaster wall and ceilings. The floors appear to have been refinished with a dark stain. There are pieces of plastic molding which have been added which are not in keeping with the dwelling. Sections of oak panelling have been replaced with moldings that do not match as this was apparently done when doorways were changed.

The third level is finished with three bedrooms, a full bath and a playroom. The bedrooms are fairly small and have some minimal wallpapering. These bedrooms appear to have some use and would need to be cosmetically repaired. The bath is new with good quality fixtures. There is a left side playroom which has a very high ceiling which has been fitted with a pattern of contemporary fixtures. There are floor to ceiling bookcases in this room on one wall. There is a very large hole in the ceiling of this room. The debris is in the center of the room. A staircase that has been constructed without a railing leads to a story above which houses what appears to be several large tubing and pumps which are accessed from this area.

There is a staircase which leads to the fourth level of the dwelling. There is a bedroom and bath on this level and a small area which is considered attic. In the analysis, the appraiser has considered this area finished attic.

For the most part, it appears the mechanical systems are located in the basement . The heating is a gas system and there appears to be two gas furnaces and a hot water heater. The electricity is a mix of old and new. There are several temporary lally columns in the basement. and evidently this was necessary to keep the structure sound. It is unclear if the mechanical systems are working or if they meet code. Some information regarding this is attached as they are memos from the building department.

The structure appears to be in fair overall condition. No building permits were obtained to work on the dwelling. The work that has been completed is sub-standard, poorly installed and not in keeping with the original design of the dwelling.

Considering the size of the dwelling and the amount of work needed to restore this dwelling, both in systems, landscaping and cosmetic upgrading, an approximate estimate may be approaching $500,000 to $600,0000. Please refer to attached documents and photographs.

PROPERTY HISTORY:

The subject property sold for $900,000 in January of 2001. The MLS listing has been included for the

**TEXT ADDENDUM**                                                    File No. 0S455623

| | |
|---|---|
| Borrower: N/A | |
| Property Address: 940 Nantasket Avenue | County: PLYMOUTH |
| City: HULL          State: MA | Zip Code: 02045 |
| Lender: Lehman Brothers Bank | |

reader's information The appraiser attempted to verify the condition of the dwelling at the time of sale.
A listing broker reports the property to be in fair to average overall condition at the time of sale,
needing significant rehab. It is noted the property was on the market for 422 days prior to the sale.
The broker reported part of the time the property was due to the buyer, Edelkind holding things up
( approximately 7-8 months). At that time the there were 3 properties that were sold over $1,000,000
in Hull during 2002. No other information is available to the appraiser.

COMPARABLE SALES:

The appraiser reviewed sales from the Town of Hull and the neighboring oceanfront towns of
Cohasset, Scituate and Hingham. While Cohasset and Hingham are considered superior communities,
ceratin sections of Scituate are considered very similar in many respects to the Town of Hull. The
property is very large and it would require a great deal of effort both physical labor and financial labor
to bring the property into good condition. The  appraiser considered the market in general for a property
of this type in the Town of Hull, the amount of work necessary and the ability of the property to
compete within its market place after the work has been completed.

The property has the historical advantage of being Rose Fitzgerald Kennedy's summer home and the
summer home of her father Honey Fitz. It has the distinct advantage of being well constructed and an
imposing dwelling on it's 32,924 square foot site. The property also is much larger than all other
properties in the area and the overall size of the dwelling may be a detriment to its marketability.  The
property is located in such a way to take advantage of views but is not oceanfront, and is located in an
overall hi-density neighborhood which does not offer the estate like setting a dwelling of this stature
may need to compete economically in the market place. The view while panoramic also has the
disadvantage of power line and cables in its path. Therefore in researching sales, the Hull location
became the most important in valuing the subject property.  The sales used in the analysis are all ocean
oriented sale with the exception of one which was used in the analysis because of its similarity in style
and overall size. The appraiser considered several sales however narrowed the sales to four , a pending
sale and a listing in Hull. Two of the sales were from the neighboring town of Scituate. The analysis is
as follows.

The comparable sales cited in the attached appraisal report are considered the best sales in terms of
location with which to compare to the subject property. The sales are adjusted as follows:

No time adjustment is indicated at this time. Size adjustments are based on $35.00 per square foot.
Bathroom adjustments are $2,500 for a half bathroom and $5,000 for a full bath. The water adjustments
are 10% for no water orientation, 5% for waterfront or oceanfront. Acreage is lump sum applied at
$25,000, $50,000 and $100,000 respective to the lot size. Condition adjustments have been applied to
all sales at 5% for good condition and 10% for excellent condition versus the assumed average
condition of the subject property. The subject is actually in fair condition at this time. In order to adjust
the sales , the appraiser has assumed average condition and then considered the potential costs of the
repairs. This estimated cost is then subtracted from the appraised value to arrive at an indication of
value for the subject property. Other adjustments are based on market observation and analysis.

Comparable #1 is located at 180 Border Street in Scituate, Massachusetts. This property sold for
$1,325,000 in December of 2004. This sale consists of 13 rooms, 5 bedrooms and 5.5 bathrooms.
Adjustments have been made to this sale for lot size, lack of ocean orientation and overall condition.
This sale was used in the analysis due to its large square footage. After adjustment, this sale indicated a
value of $1,412,800  for the subject property.

Comparable #2 is located at 49 Beach Avenue in Hull, Massachusetts. This property sold for
$1,430,000 in August of 2004. This sale has the distinct advantage of being located directly across the
street from Nantasket Beach. This sale consists of 10 rooms, 6 bedrooms and 4 baths. The gross living
area is 2,967 square feet. This sale has been adjusted for far inferior lot size, and overall condition. All
other adjustments are based on market observation and analysis. After adjustment, this sale indicates a
value of $1,534,450 for the subject property.

Comparable #3 is located at 27 Surfside Road in Scituate, Massachusetts. This property is located

**TEXT ADDENDUM**                                              File No. 0S455623

| | |
|---|---|
| Borrower: N/A | |
| Property Address: 940 Nantasket Avenue | County: PLYMOUTH |
| City: HULL                State: MA | Zip Code: 02045 |
| Lender: Lehman Brothers Bank | |

directly on the ocean and has a view of Minot's Light. This property sold for $1,525,000 in July of 2004. This sale has been adjusted a lump sum for lot size at $25,000. Other adjustments are 5% for oceanfront versus oceanview, 5% for good condition versus average. All other adjustments are made based on market observation. After adjustment, this sale indicates a value of $1,547,100 for the subject property.

Comparable #4 is located at 251 Beach Avenue in Hull, Mass. This property sold for $1,025,000 in August of 2004. This property is located across the street from Nantasket Beach. This property has an oceanview and direct access to the beach. This sale has been adjusted for far inferior lot size, design and appeal, quality of construction and overall condition. After adjustments, this sale indicates a value of $ 1,412,800 for the subject property.

Comparable listing #5 is also located on Beach Avenue and this sale is listed for $1,300,000 and is reportedly under agreement . This sale has been adjusted for inferior lot size, design and appeal, overall quality of construction and overall condition. After adjustments , this listing indicated a value of $1,524,150 for the subject property.

Comparable listing #6 is a current offering. This sale is a large summer cottage in fair to average overall condition. This property is actively listed for $1,350,000 and has been on the market since December of 2004. This listing has been adjusted for oceanfront versus oceanview. This offering has also been adjusted for overall quality of construction and the lack of a central heating system. After adjustment, this sale indicates a value of $1,509,500 for the subject property.

The sales form a fairly narrow range of value. While none of the sales are actually comparable to the subject in terms of size and quality of construction, a pattern of value has been developed. It is the opinion of the appraiser, based on the data presented as well as the overall knowledge of the marketplace, the value of $1,500,000 is estimated for the subject property were it in average condition. Additionally, the cost to cure must be taken into consideration in arriving at an as is value. The appraiser assumes, based on data collected from the building department as well as inspection of the dwelling, the property may require about $500,000 to put it in average condition. The market value of the subject located at 940 Nantasket Avenue, Hull, Massachusetts as of April 20,2005 is $1,000,000.

BUILDING DEPARTMENT INFORMATION:

Information regarding building permits issued for the subject property are as follows:

4/27/04- deck permit  $2,000
8/12/02- roof permit  $27,000
7/08/02- repairs        $5,796


Some documentation of the building inspector file is included in this report.

The following is a list of information obtained from the building department

A letter dated 3/22/05 from Oslo thanking the building inspector for information regarding the repairs needed to be completed on the subject property

6/22/04 violation regarding construction material debris including a lawnmower and a venting hose

6/15/04 wiring is illegal

1/6/04- O'Flaherty electrical company notice of work termination

1/14/03 Dumpster to be removed next week

8/25/03 Rivermoor Engineering Termination notice of association with Mr. Edelkind.

**TEXT ADDENDUM**                                                 File No. 0S455623

| | |
|---|---|
| Borrower: N/A | |
| Property Address: 940 Nantasket Avenue | County: PLYMOUTH |
| City: HULL               State: MA | Zip Code: 02045 |
| Lender: Lehman Brothers Bank | |

3/4/03 Permit requested for a 3 car garage with apt above -not granted

6/08/02 Permit issued for retaining wall

4/27/04 building permit issued for balcony

8/12/02 Building permit issued for roof

There were other permits and requests for electrical work. However permits pulled under the Edelkind ownership totalled $34,796.00.

It appeared from reading the documentation that Mr. Edelkind did not pull permits for much of the work performed including the bath, kitchen, some electrical work and the mechanical systems. Documentation suggests Mr. Edelkind was difficult to work with. In addition, no significant cosmetic work had been completed on the property.

The appraiser estimates the work to be completed to include five bathrooms, a new kitchen, cosmetic repair and renovation and landscaping. Additionally, heating systems and electrical systems would need to be completely updated or retrofitted as well as the structural issues commented in the letters attached. The total estimate which is an approximate amount is $500,000. A contracting professional would need to be consulted to be produce an accurate estimate.

RECONCILIATION:

The appraiser relied on the direct sales comparison approach to value to arrive at a value indication for the subject property. The Cost and Income approaches to value were not considered appropriate to this appraisal. The market approach relied on sales comparable in location or size. These sales, while not as large as the subject, have been adjusted to arrive at an indication of value for the subject property. The appraiser relied somewhat on the offering at 25 Mt Peasant Avenue as it is located on a similar lot and needs a complete restoration. This offering has been on the market since December of 2004 and has not sold. It should also be mentioned that the subject property is very large and may limit the number of potential buyers who may consider the dwelling to be unmanageable. The estate type properties of neighboring communities may take precedence over the subject property in the limited pool of buyers for this dwelling. Additionally, should the property be completely restored, a value approaching $2,000,000 may be within reach.

After considering all the above, the market data supports and indicates a value of $1,000,000 for the property located at 940 Nantasket Avenue, Hull, Massachusetts as of April 20, 2005

# SKETCH ADDENDUM

File No: 0S455623

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower / Client | N/A | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Totals |
| GLA1 | First Floor | 2817.00 | |
| | First Floor | 45.00 | 2862.00 |
| | | | |
| **TOTAL LIVABLE** | **(rounded)** | | **2862** |

| LIVING AREA BREAKDOWN | | | | |
|---|---|---|---|---|
| Breakdown | | | | Subtotals |
| First Floor | | | | |
| | 23.0 | x | 24.0 | 552.00 |
| | 22.0 | x | 43.0 | 946.00 |
| | 4.0 | x | 15.0 | 60.00 |
| | 20.0 | x | 33.0 | 660.00 |
| | 15.0 | x | 25.0 | 375.00 |
| | 14.0 | x | 16.0 | 224.00 |
| | 4.0 | x | 5.0 | 20.00 |
| 0.5 x | 5.0 | x | 5.0 | 12.50 |
| 0.5 x | 5.0 | x | 5.0 | 12.50 |
| **9 Areas Total (rounded)** | | | | **2862** |



File No:  0S455623

| | |
|---|---|
| Borrower / Client | N/A |
| Property Address | 940 Nantasket Avenue |
| City | HULL |
| County | PLYMOUTH |
| State | MA |
| Zip Code | 02045 |
| Lender | Lehman Brothers Bank |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Totals |
| GLA2 | Second Floor | 2789.00 | 2789.00 |
| GLA3 | Third Floor | 1380.00 | 1380.00 |
| | | | |
| TOTAL LIVABLE | (rounded) | | 4169 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| Second Floor | | |
| 11.0 x | 16.0 | 176.00 |
| 37.0 x | 63.0 | 2331.00 |
| 6.0 x | 22.0 | 132.00 |
| 6.0 x | 25.0 | 150.00 |
| Third Floor | | |
| 20.0 x | 69.0 | 1380.00 |
| 5 Areas Total (rounded) | | 4169 |

## SUBJECT PHOTOGRAPH ADDENDUM

0S455623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | | |



FRONT OF
SUBJECT PROPERTY



REAR OF
SUBJECT PROPERTY



STREET SCENE

## INTERIOR PHOTOGRAPH ADDENDUM

0S455623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | | |



Master bedroom



bathroom



bathroom

## INTERIOR PHOTOGRAPH ADDENDUM

0S455623

Borrower      N/A
Property Address    940 Nantasket Avenue
City      HULL                County    PLYMOUTH          State   MA      Zip Code    02045
Lender      Lehman Brothers Bank



water damage
window



stained glass window
showing signs of
bowing



## INTERIOR PHOTOGRAPH ADDENDUM

0S455623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | | |



Master bedroom



galley kitchen



Kitchen

## INTERIOR PHOTOGRAPH ADDENDUM

0S455623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | | |







## ADDITIONAL PHOTOGRAPH ADDENDUM

0S455623

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 940 Nantasket Avenue | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | |



carport



view of enclosed porch



## ADDITIONAL PHOTOGRAPH ADDENDUM

0S455623

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code 02045 |
| Lender | Lehman Brothers Bank | | | | | |



view



view



view towards garage
and Gover Avenue

## ADDITIONAL PHOTOGRAPH ADDENDUM

0S455623

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 940 Nantasket Avenue | | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | | |



garage



garage/old driveway



front yard cement area

## ADDITIONAL PHOTOGRAPH ADDENDUM

0S455623

| | | | | |
|---|---|---|---|---|
| Borrower | N/A | | | |
| Property Address | 940 Nantasket Avenue | | | |
| City | HULL | County | PLYMOUTH | State MA   Zip Code 02045 |
| Lender | Lehman Brothers Bank | | | |



porch with trash



stairs missing planks



Deck missing planks

## INTERIOR PHOTOGRAPH ADDENDUM

0S455623

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | | |



living room



view from dining room



woodwork
showing water damage
in dining room

## COMPARABLES PHOTOGRAPH ADDENDUM

0S455623

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 940 Nantasket Avenue | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code | 02045 |
| Lender | Lehman Brothers Bank | | | | |



**COMPARABLE SALE # 1**
180 Border Street
Scituate
Date of Sale : 12/17/2004
Sale Price : 1,325,000
Sq. Ft. : 6,165
$ / Sq. Ft. : 214.90



**COMPARABLE SALE # 2**
49 Beach Street
Hull
Date of Sale : 8/31/2004
Sale Price : 1,430,000
Sq. Ft. : 2,967
$ / Sq. Ft. : 482



**COMPARABLE SALE # 3**
27 Surfside Road
Scituate
Date of Sale : 7/26/2004
Sale Price : 1,525,000
Sq. Ft. : 3,184
$ / Sq. Ft. : 479

## COMPARABLES 4 5 6 PHOTOGRAPH ADDENDUM

OS455623

| | |
|---|---|
| Borrower | N/A |
| Property Address | 940 Nantasket Avenue |
| City | HULL |
| County | PLYMOUTH |
| State | MA |
| Zip Code | 02045 |
| Lender | Lehman Brothers Bank |



**COMPARABLE SALE # 4**
251 Beach Street
Hull
Date of Sale :  8/01/2004
Sale Price  :  1,025,000
Sq. Ft.  :  2,450
$ / Sq. Ft.  :  418.40



**COMPARABLE SALE # 5**
15 Beach Avenue
Hull
Date of Sale :  pending
Sale Price  :  1,300,000
Sq. Ft.  :  3,541
$ / Sq. Ft.  :  367.10



**COMPARABLE SALE # 6**
25 Mt Pleasant Avenue
Hull
Date of Sale :  active
Sale Price  :  1,350,000
Sq. Ft.  :  3,972
$ / Sq. Ft.  :  339.90

## LOCATION MAP ADDENDUM

File No:  0S455623

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 940 Nantasket Avenue | | | | | |
| City | HULL | County | PLYMOUTH | State | MA | Zip Code  02045 |
| Lender | Lehman Brothers Bank | | | | | |



Scale: 12.76 miles

Prepared by: The Appraisers Corporative (781) 356-7441

## COMPARABLE SALES INFORMATION

| COMPARABLE SALE # 1 | COMPARABLE SALE # 4 |
|---|---|
| Address | Address |
| Date of Sale          Sale Price | Date of Sale          Sale Price |
| Room Count  Total rooms    Bedrooms    Baths | Room Count  Total rooms    Bedrooms    Baths |
| Gross Living Area | Gross Living Area |
| Proximity to Subject | Proximity to Subject |

| COMPARABLE SALE # 2 | COMPARABLE SALE # 5 |
|---|---|
| Address | Address |
| Date of Sale          Sale Price | Date of Sale          Sale Price |
| Room Count  Total rooms    Bedrooms    Baths | Room Count  Total rooms    Bedrooms    Baths |
| Gross Living Area | Gross Living Area |
| Proximity to Subject | Proximity to Subject |

| COMPARABLE SALE # 3 | COMPARABLE SALE # 6 |
|---|---|
| Address | Address |
| Date of Sale          Sale Price | Date of Sale          Sale Price |
| Room Count  Total rooms    Bedrooms    Baths | Room Count  Total rooms    Bedrooms    Baths |
| Gross Living Area | Gross Living Area |
| Proximity to Subject | Proximity to Subject |

## Statement of Limiting Conditions

File #: 0S455623

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undo stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in the market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantee, express or implied, regarding the determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presense of hazardous waste, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

# APPRAISER CERTIFICATION

File #: 0S455623

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than, the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly witheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individual(s) in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**
940 Nantasket Avenue
HULL                                          MA                    02045

| **APPRAISER:** | **SUPERVISORY APPRAISER**    (only if required): |
|---|---|
| Signature: *Mary E. Granville* | Signature: _____ |
| Name: Mary E. Granville | Name: _____ |
| Date Signed: 5/ 5/2005 | Date Signed: _____ |
| State Certification #:  Certified General #345        MA | State Certification #: _____ |
| or State License #: | or State License #: _____ |
| Expiration Date of Certification or License: 07/06/2005 | Expiration Date of Certification or License: _____ |
| | ☐ Did    ☐ Did Not Inspect property |



# Town of Hull

**BUILDING DEPARTMENT**
TEL: (781) 925-1330
FAX: (781) 925-2228

**253 ATLANTIC AVE**
HULL, MASSACHUSETTS 02045

Notice of Unsafe Structure or Parts Thereof

April 12, 2005

Linda Edelkind
P.O. Box 153
1330 Fornebu, Norway

Re: 940 Nantasket Avenue

As a result of an inspection performed by me on February 7, 2005, at the
above referenced property, the following Building Code (780CMR) violations were observed:

> The main support posts/beams have been modified – posts have been removed and
> replaced with temporary posts. Temporary posts and existing masonry piers are undermined
> and sitting in 4' – 6' (min) of water. The above work and other, as yet undetermined
> Building, Plumbing, & Electrical work was performed without required permits.

Because these violations are dangerous to life or limb, you are hereby ordered pursuant to CMR780,
section 121, to remove and/or make safe the aforementioned deficiencies immediately.

Section 118.4 provides for a One Thousand ($1,000) Dollar a day fine for each offense. Each day
constitutes a separate offense.

Finally, you must obtain all necessary permits prior to performing these corrections.

Any questions regarding this matter may be directed to this department.

Very Truly Yours,

Peter Lombardo,
Building Commissioner

cc:   James Lampki

TO:
Mr. Peter Lombardo
Building Commissioner
Town of Hull

FROM:
Leo E. Dauphinais
Plumbing & Gas Inspector
Town of Hull

DATE:
January 31, 2005

RE:
940 Nantasket Ave.

During my inspection of the above referenced address on January 28, 2005 as per the request of Keyspan, I also observed the following deficiencies in the plumbing. There are apparently 5 bathrooms completely remodeled and one under construction. None of these seem to be permitted or inspected and yet they are all completed. The state plumbing code only allows three bathroom groups on a 3 inch drain and yet I see no 4" in any location. The kitchen has also been completely remodeled. The work that is visible is of poor quality. I would have to have access to piping that has been installed behind walls and floors before I can tell if any of it meets the state code. I also did note that the main columns in the basement have been rotted out and the bottom 2 or three feet have been replaced with short metal jack posts in the water which is collected in pools.

Very truly yours,

Leo E. Dauphinais

TO:
Mr. Paul Kerivan
Keyspan Energy Delivery
100 Commercial Street
Malden, MA 02148

FROM:
Leo E. Dauphinais
Plumbing & Gas Inspector
Town of Hull

DATE:
January 29, 2005

SUBJECT:
940 Nantasket Ave.
Hull, MA. 02045

At your request, yesterday I assisted you and your co-workers in the inspection of the above referenced address. We were forced to obtain a search warrant from the Hingham District Court in order to gain entry. My finds are categorized below, but I have not addressed the hi-pressure gas main and regulator violations as they are part of the theft of gas from Keyspan. I did not feel that they should be part of my inspection for violations of the State Gas Code.
To the best of my knowledge Permits were neither requested nor issued for the work found. Inspections also were not requested nor done.
Unacceptable materials were used for gas piping (compressed air tubing, soldered copper tubing, etc.).
Leaks were left in the piping system.
Piping in some areas seemed undersized.
Venting from appliances seemed to not meet the code (manufacturers instructions were not on site).
Joining methods did not meet code requirements.
CSST flexible gas systems were used without any evidence of a certified installers presence. There are numerous samples of improper installation.
Shutoff valves were either missing or incorrectly installed
Some appliances were installed without drip legs (sediment traps).
Branch connections were incorrectly installed
Th           off······ ·····g··, ···· ····· ···· ·Pl········· ·········L··.
The code required access to the third floor units was not installed.

Very truly yours,

Leo E. Dauphinais
Cc Peter Lombardo

1/31/05 -