UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JAMIE EDELKIND ) | )<br>)<br>) CRIMINAL NO.<br>) 04 − 10066 MEL<br>)<br>)<br>) |

**DEFENDANT JAMIE EDELKIND'S NOTICE OF APPEAL**

The defendant Jamie Edelkind hereby gives notice of his appeal of the judgment, dated July 13, 2005, and the sentence imposed thereon, in the above captioned criminal proceeding to the United States Court of Appeals for the First Circuit. The defendant includes in this notice, notice of his appeal of the court's order of forfeiture.[1]

JAMIE EDELKIND

By his attorney,

s/ Michael J. Liston

Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

July 20, 2005

---

[1] The judgment, dated July 13, 2005, fails to include the order of forfeiture announced at sentencing. The defendant anticipates that the current judgment will be amended.

1