UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JAMES EDELKIND,   )<br>)<br>defendant.   )<br>) | CRIMINAL NO.  04-10066-MEL |

MOTION TO CORRECT JUDGMENT
(Assented To)

The United States, by its undersigned counsel, hereby moves for an order, pursuant to Federal Rule of Criminal Procedure 36, correcting the Judgment in this case. Specifically, the United States requests that the Judgment be amended to include the following language:

*The Court further orders forfeiture as set forth in the preliminary order previously entered by this Court.*

The requested addition reflects a ruling which the Court plainly stated from the bench at the time of sentencing, but which was not included in the written Judgment.

Undersigned counsel for the United States has conferred with Michael Liston, Esq., counsel for defendant Jamie Edelkind and has been authorized to inform the Court that the defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  July 22, 2005

By: */s/  Paul G. Levenson*
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147