# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   )<br>)<br>)  CRIMINAL NO.<br>v.                                      )  04 − 10066 MEL<br>)<br>JAMIE EDELKIND                    ) | |

## DEFENDANT JAMIE EDELKIND'S NOTICE OF APPEAL FROM AMENDED JUDGMENT

The defendant Jamie Edelkind hereby gives notice of his appeal of the Amended Judgment, dated July 27, 2005, and the sentence imposed thereon, in the above captioned criminal proceeding to the United States Court of Appeals for the First Circuit. The defendant includes in this notice, notice of his appeal of the court's order of forfeiture.

>JAMIE EDELKIND
>
>By his attorney,
>
>s/ Michael J. Liston
>
>_____
>Michael J. Liston BBO# 301760
>2 Park Plaza, Suite 610
>Boston, MA 02116
>(617) 426-2281

July 28, 2005