UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. |
| v. ) | 04 – 10066 MEL |
| ) | |
| JAMIE EDELKIND ) | |

**CERTIFICATE OF SERVICE OF TRANSCRIPT ORDER FORMS**

I, Michael J. Liston, certify that on August 2, 2005, I served copies of the attached Transcript Order Forms, and a copy of this Certificate, by mailing them, by first class mail, to Assistant U. S. Attorney Paul Levenson, Suite 9200, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210.

Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281



# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **UNITED STATES v. EDELKIND**
District Court Case No. **04 CR 10066-MEL**   District of **MASSACHUSETTS**
Date Notice of Appeal filed **JULY 20 & 28, 2005**   Court of Appeals Case No. **05-2125**
Form filed on behalf of **APPELLANT JAMIE EDELKIND**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) **#27, MARCH 7, 2005, TRIAL DAY 5; #73, JULY 12, 2005, SENTENCING HEARING (2ND DAY)**

## TRANSCRIPT ORDER

Name of Court Reporter **NANCY EATON**
Phone Number of Reporter **(617) 633-5178**

A.   **X**   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | JULY 7, SENTENCING HEARING, DAY 1 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B.   **✓**   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **MICHAEL J. LISTON**   Filer's Signature _____
Firm/Address **2 PARK PLAZA, SUITE 610, BOSTON, MA 02116**
Telephone number **(617) 426-2281**   Date mailed to court reporter **AUGUST 2, 2005**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                              SEE INSTRUCTIONS ON REVERSE

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **UNITED STATES v. EDELKIND**
District Court Case No. **04CR 10066-MEL**     District of **MASSACHUSETTS**
Date Notice of Appeal filed **July 20 & 28, 2005**     Court of Appeals Case No. **05-2125**
Form filed on behalf of **APPELLANT JAMIE EDELKIND**

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) **#27, MARCH 7, 2005, TRIAL DAY 5; #73, JULY 12, 2005, SENTENCING HEARING (2ND DAY)**

### TRANSCRIPT ORDER

Name of Court Reporter **CAROL SCOTT**
Phone Number of Reporter **(617) 330-1377**

A. **X** This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☒ Trial | MARCH 4, 2005 |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. **✓** I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- ☐ Private funds.
- ☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
- ☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **MICHAEL J. LISTON**     Filer's Signature *Michael Liston*
Firm/Address **2 PARK PLAZA, SUITE 610, BOSTON MA 02116**
Telephone number **(617) 426-2281**     Date mailed to court reporter **AUGUST 2, 2005**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                    SEE INSTRUCTIONS ON REVERSE

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **UNITED STATES v. EDELKIND**
District Court Case No. **04CR 10066 MEL**   District of **MASSACHUSETTS**
Date Notice of Appeal filed **JULY 20 & 28, 2005**   Court of Appeals Case No. **05-2125**
Form filed on behalf of **APPELLANT JAMIE EDELKIND**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) **#27, MARCH 7, 2005, TRIAL DAY 5; #73, JULY 12, 2005, SENTENCING HEARING (2ND DAY)**

## TRANSCRIPT ORDER

Name of Court Reporter **CHERYL DAHLSTROM**
Phone Number of Reporter **(617) 951-4555**

A. **X**  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☒ Opening Statement (plaintiff) | MARCH 2, 2005 |
| ☐ Opening Statement (defendant) | |
| ☒ Trial | MARCH 2, 2005, MARCH 3, 4, 8 |
| ☒ Closing Argument (plaintiff) | MARCH 8, 2005 |
| ☒ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☒ Jury Instructions | MARCH 8, 2005 |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) **FIRST TRIAL DAY** | **FEBRUARY 28, 2005 · PROCEEDINGS OTHER THAN JURY SELECTION & VOIR DIRE** |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ✓  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **MICHAEL J. LISTON**   Filer's Signature **Michael Liston**
Firm/Address **2 PARK PLAZA, SUITE 610, BOSTON MA 02116**
Telephone number **(617) 426-2281**   Date mailed to court reporter **AUGUST 2, 2005**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)   SEE INSTRUCTIONS ON REVERSE

Case name __UNITED STATES v. EDELKIND__
District Court Case No. __04 CR 10066 MEL__   District of __MASSACHUSETTS__
Date Notice of Appeal filed __July 20 & 28, 2005__ Court of Appeals Case No. __05-2125__
Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __#27, MARCH 7, 2005, TRIAL DAY 5; #73, JULY 12, 2005 SENTENCING HEARING (2ND DAY)__

## TRANSCRIPT ORDER

Name of Court Reporter __RICHARD ROMANOW__
Phone Number of Reporter __(617) 737-0370__

A. __✓__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | FINAL PRETRIAL CONF. FEBRUARY 24, 2005 |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | MOTION HEARING - JULY 5, 2005 |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __✓__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __MICHAEL J. LISTON__   Filer's Signature _____
Firm/Address __2 PARK PLAZA, SUITE 610, BOSTON MA 02116__
Telephone number __(617) 426-2281__   Date mailed to court reporter __AUGUST 2, 2005__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                    SEE INSTRUCTIONS ON REVERSE