August 29 2005

                                              Jamie Edelkind
                                              R# 11866-035
                                              FMC Devens -GA
                                              POB 879
                                              Ayer, Ma. 01432        MEL


Clerk of Court
U.S. District Court
District of Massachusetts
One Court House Way
Suite 2300
Boston, Ma. 02210


Dear Clerk,

        Please file and foward this letter and appended documen
to the Chief Judge of the Circcuit, in accordance with and
in comportment thereof of 28 U.S.C. §377(c)(1).  I am a victim
of Judge Morris Lasker's inability and unwillingness to lawfull
and properly administer his Court and ensure that the law
and my personal rights to Due Process of law as well as other
rights are not violated.

        Mr. Lasker has also deliberately with held from me
and from the record a disclosure of a personal relationship
with a putative victim in my undrlying criminal case.  This
relationship apparently gave rise to otherwise unsupported
bias and prejudicial actions and commentary, on the record,
in the course of my trial.

        In addition, Mr. Lasker studiously and deliberately
violated may rules of the court, statutory law, and the 1st,
4th, 5th 6th, 8th, and 14th amendment rights accorded to
me as a citizen of the United States.  Moreover, in a demonstra   n
of a total lack of ehtics and morel judgment, he permitted
me to be tortured by starvation for two weeks during the
trial, depite daily requests to forestall such continuing
conduct.

        My complaints are not made lightly and I suspect
that Lasker may ve suffering from a mental defect or abberation
bowever, my liberty interest has been sacrificed by his frivolou
and capricious and malaign administration of his Court.  I
believe that he should be not only  censured, but recommended

for impeachment and not be allowed to resign.

Enclosed is an affidavit supporting my request for jis recusal and suggestion for consideration of a recommendatic for impeachment, as well as copies of pleadings filed in an ancillary matter that may help more fully explore the conduct in question.

Please return a file stamped copy to me at your earlies opportunity.

Sincerely, Jamie Edelkind

The underlying Case no:

04-10066-MEL

Please update my address in the record.