| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>CR No. 04-10066-MEL | |
| DEFENDANT<br>JAMIE EDELKIND | | TYPE OF PROCESS **Preliminary Order of Forfeiture** | |
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | | |
| | PUBLICATION | | |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) | | |

FILED IN CLERKS OFFICE
2005 OCT -3 P 3:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

05-FBI-003262         LJT x3283

Signature of Attorney or other Originator requesting service on behalf of :   ☒ PLAINTIFF   ☐ DEFENDANT
*Kristina E. Barclay/LJT*

TELEPHONE NUMBER: (617) 748-3100
DATE: June 30, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. ____ | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>*Mary T. May* | Date<br>7/13/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/27/05     Time: ___ am/pm

Signature of U.S. Marshal or Deputy: *Mary T. May*

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: Published in the Boston Herald on July 19, July 26 and Aug 2, 2005.

(13)

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT