UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 05-2125

USDC Docket Number : 04-cr-10066

United States of America

v.

Jaimie Edelkind

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 1a-1dd, 2a-2r, 3a-3j, 4a-4g, 5a-5m, 6a-6t, 9a-9d, 10a-10k, 11a-1111, 12-18, 20-25, 26a-26b, 27-32, 34, 36-43, 45, 55, 60, 62, 63, 70-73 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/9/05 .

_____
Deputy Clerk, US Court of Appeals