```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL NO. 04-10066-MEL
                               )
JAMIE EDELKIND,                )
          Defendant.           )
```

**ORDER PARTIALLY VACATING**
**<u>PRELIMINARY ORDER OF FORFEITURE</u>**

**LASKER, D.J.,**

The United States of America having petitioned this Court for an Order to vacate the Preliminary Order of Forfeiture endorsed on June 7, 2005, <u>only</u> with respect to the real property located at 940 Nantasket Avenue, Hull, Massachusetts, having a deed recorded at the Plymouth County Registry of Deeds, Book 19257, Page 118 (the "Nantasket Avenue Property"), it is hereby

ORDERED, ADJUDGED and DECREED that the Preliminary Order of Forfeiture shall be vacated <u>only</u> with respect to the Nantasket Avenue Property, thereby releasing the Nantasket Avenue Property to Lehman Brothers Bank, FSB, and allowing Lehman Brothers Bank, FSB, to foreclose on the Nantasket Avenue Property, pay its loan, and deposit any remaining surplus with the District Court for distribution at a later date, as determined by the Court.

APPROVED AND SO ORDERED:

_____
MORRIS E. LASKER
Senior United States District Judge


Date:_____, 2005