# EXHIBIT A



# MEMORANDUM

**To:** Honorable Morris E. Lasker

**cc:**

**From:** Ina Howard-Hogan, USPO

**Re:** Jaime Edelkind 04-CR-10066

**Date:** July 7, 2005

Set forth are the calculations for Jaime Edelkind who is scheduled for sentencing on Tuesday, July, 12, 2005 @ 10:00 a.m.

**Loss/Restitution issue**: As the Government and defense counsel have submitted appraisals for the property located at 940 Nantasket Ave, in Hull, MA that are very different from each other: Gov't argues that the figure is approximately $2 million, while defense counsel argues that the figure is approximately $5 million, as not exact amount of the property can be determined without the sale of the property, Judge Lasker suggest using the middle of both these figures: $3 million, from which $500,000 is subtracted for cost fixing up the property. Thus, the figure suggested by Judge Lasker is $2.5 million.

Total restitution and loss = <b>$2,348,256.54</b>:

How arrive at above figure:

$2.5 million
-$1,802.55 (repayment of principal prior to detection of offense)
-$149,940.91 (settlement charges that were never received by the borrower)

---

= **$2,348,256.54**