UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    ) CRIMINAL NO.
        v.                          ) 04 − 10066 MEL
                                    )
JAMIE EDELKIND                      )
_____)

**DEFENDANT JAMIE EDELKIND'S REQUEST, PURSUANT TO LR 7.1(B)(3), FOR LEAVE TO FILE A BRIEF RESPONSE TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO CONFORM THE RECORD**

On December 14, 2005, the defendant filed a motion, pursuant to FRAP 10(e), to conform the record to disclose fully what occurred in the district court with regard to determining the fair market value of the loan collateral. The government responded promptly and filed an opposition on December 15, 2005. The defendant requests leave, pursuant to LR 7.1(B)(3) to file a reply, no more than two pages in length, to the government's opposition. If the court grants leave, the defendant will file his reply within 48 hours of receiving notice of such leave.

JAMIE EDELKIND

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
Dated: December 15, 2005          (617) 426-2281