UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-10066-MEL |
| ) | |
| v. ) | Record Owner: |
| ) | Linda Edelkind |
| ) | |
| JAMIE EDELKIND, ) | Property: |
| Defendant. ) | 940 Nantasket Avenue |
| ) | Hull, Massachusetts |
| ) | |
| ) | Deed: |
| ) | Book: 19257, Page: 118 |

### RELEASE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 940 Nantasket Avenue, Hull, Massachusetts (the "Nantasket Avenue Property"). For title to the Nantasket Avenue Property, see the deed recorded at Book 19257, Page 118 of the Plymouth County Registry of Deeds, in the name of Linda Edelkind.

The Lis Pendens, a copy of which is attached as Exhibit A, was recorded on March 22, 2005, at the Plymouth County Registry of Deeds.

Signed under the pains and penalties of perjury this 13th day of December, 2005.

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By: _____
                                          Kristina E. Barclay
                                          Assistant U.S. Attorney
                                          1 Courthouse Way
                                          Suite 9200
                                          Boston, MA  02210
Dated: 12/13/05                  (617) 748-3100

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                               Boston

    Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 13th day of December, 2005.

                                            Lisa J. Talbot
                                            Notary Public
                                            My Commission expires: 5/29/09

APPROVED AND SO ORDERED:

                                            | LISA J. TALBOT
                                            | Notary Public
_____     | Commonwealth of Massachusetts
MORRIS E. LASKER                        | My Commission Expires
Senior United States District Judge | May 29, 2009

Dated: 12/20/05 , 2005

31440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -3 P 2:18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-10066-MEL |
| ) | |
| v. ) | Record Owner: |
| ) | Linda Edelkind |
| JAMIE EDELKIND, ) | |
| Defendant. ) | Property: |
| ) | 940 Nantasket Avenue |
| ) | Hull, Massachusetts |
| ) | |
| ) | Deed |
| ) | Book 19257, Page 118 |

Received & Recorded
PLYMOUTH COUNTY
REGISTRY OF DEEDS
22 MAR 2005  12:56PM
JOHN R. BUCKLEY, JR.
REGISTER
Bk 30195 Pg 294-298

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Superseding Information to be filed charging the defendant, Jamie Edelkind, with violations of 18 U.S.C. §§ 1344 and 2 and alleging that the real property located at 940 Nantasket Avenue, Hull, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Property") constitutes, or is derived from, proceeds traceable to the commission of the offenses, and that the Property is, therefore, subject to forfeiture to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

RETURN TO:
Kristina E. Barclay, Assistant U.S. Attorney, United States Attorney's Office,
1 Courthouse Way, Suite 9200, Boston, MA 02210

I hereby certify on 03/15/05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

For title to the property, <u>see</u> Deed recorded at Book 19257, Page 118 of the Plymouth County Registry of Deeds, in the name of Linda Edelkind.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United State Attorney

By:   /s/ Kristina E. Barclay
                                      KRISTINA E. BARCLAY
                                      PAUL G. LEVENSON
                                      Assistant U.S. Attorneys
                                      Suite 9200
                                      1 Courthouse Way
                                      Boston, MA 02210
                                      (617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: 2/3/05

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 3 day of February, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 5/15/09

KAY-BETH WHITTEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 15, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge

Date: 3/14/05

3