UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
                              ) CRIMINAL NO.
         v.                   ) 04 − 10066 − MEL
                              )
JAMIE EDELKIND                )
_____)

**DEFENDANT JAMIE EDELKIND'S MOTION, PURSUANT TO 18 U.S.C. § 3006A(e), FOR THE PROVISION OF A TRANSCRIPT, AT GOVERNMENT EXPENSE OF THE HEARING HELD ON JANUARY 12, 2006**

Pursuant to 18 U.S.C. § 3006A(e), the defendant Jamie Edelkind, through his court appointed attorney, requests that he be provided, at government expense, with a transcript of the January 12, 2006 hearing on his Motion, Pursuant to FRAP 10(e), To Conform The Record To Disclose Fully What Occurred in the District Court. The transcript is necessary for the pending appeal of Edelkind's conviction.

> JAMIE EDELKIND
>
> By his attorney,
>
> s/ Michael J. Liston
>
> _____
> Michael J. Liston BBO# 301760
> 2 Park Plaza, Suite 610
> Boston, MA 02116
> (617) 426-2281

January 12, 2006