U.S. of America
vs
Jamie Edelkind
Defendant/Petitioner

U.S. District Court
District of Massachusetts

04-10066 MEL

## Defendant's Habeas Corpus Petition
## To have a Hearing Regarding Recusal of
## Judge Morris E. Lasker.

Jamie Edelkind, Defendant, has petitioned and moved that Judge Morris E. Lasker U.S. District Court Judge, be recused for bias, and incompetence, and for his willful disregard for law. Such petition was filed in September of 2005. Since that filing, Judge Lasker has failed to respond to the filing and against statutory dictate, continues to rule on issues relative to the petitioner/Defendant Edelkind.

Edelkind therefore prays that an immediate and expedited hearing be had, with his presence, to determine the affect of Edelkind's petition on the prior rulings of this court and on the future involvement of this Judge in any continuing proceedings. Such hearing should be before the Chief Judge. Edelkind is currently incarcerated, in the custody of the U.S. Marshall's Service, and requests that he be ordered to appear and that such order include a direction to the U.S. Marshall service to bring the petitioner to court on the date of the hearing.

Petitioner asserts that this matter is urgent as his appeal is contemporaneously being heard and upon it's anticipated remand, an appropriate forum should be, without protest or delay, available.

Signed for the Defendant
Pro-Se

Feb 15 2006