03-01-06

Jamie Edelkind
c
C/o LPCC 05-11367
POB 2537
Lafayette, La. 70502

Judge Morris E. Lasker
U.S.D.C.'S District of Mass
1 Courthouse Way
Boston, Ma. 02210

Re: 04-10066 MEL

Mr. Lasker,

I find your response to my motion requesting a hearing, to be inappropriate. Your duty, as I understand the statute, is to either, refer the matter to the Chief Judge to conduct a hearing; or on your own motion and order, recuse yourself. Asking counsel for the government and my appellette counsel to "respond..." begs the question of your willingness to do your sworn duty(s) I am disheartened that you are still seeking a mechanism to avoid confronting this issue.

After all your suspect conduct, we have no determined that you found me guilty despite an aquittal by the jury. You have put me in jail for your own reasons, without a legal basis, and continue to avoid self-examination and your own failings.

Take a lesson from Justice Holmes, perhaps retirement will save your career from an ignominious conclusion. In any event, rest assured, I am of the firm conviction that your conduct, whether the result of predjudice, bias, or of enfeeblement, is of such immediate issue as to preclude your remaining a Judge.

I am not being meanspirited, I have great respect for the aged and wise men of our society, but, I have greater respect for ability, consientiousness and comportment. If you once had these attributes; rest on your laurels! Because, the evidence supports the contention that you no longer possess them.

Despite your inappropriate letter to counsel(s) of 2-23-2006 with a cc to me, I again insist that you review the appropriate statutory guidelines, adduce the correct procedures, and implement them. Do not slough your responsibilities off on the already burdened and bent shoulders of interested counsel.

Respectfully, [signature]