UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JAMIE EDELKIND,
        Defendant.

CRIMINAL NO.
04-CR-10066-MEL

ORDER

March 21, 2006

LASKER, D.J.

      Upon receipt of responses from the United States Attorney and the attorney for the defendant to the "Defendant's Habeas Corpus Petition to Have a Hearing Regarding Recusal of Judge Morris E. Lasker", the motion is marked withdrawn as is his letter of March 1, 2006.

                                                      /s/ Morris E. Lasker
                                                      Morris E. Lasker
                                                      United States District Judge