# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2228

USDC Docket Number : 04-cr-10066

Jamie Edelkind

v.

United States of America

### CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 133 & endorsed order are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 20, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/20/06

/s/ D. Barchard

Deputy Clerk, US Court of Appeals