# United States Court of Appeals
## For the First Circuit

Nos. 05-2125, 05-2228

UNITED STATES OF AMERICA,

Appellee,

v.

JAMIE EDELKIND,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella, Selya, Lynch, Lipez,
and Howard, <u>Circuit Judges</u>.

ORDER ON REHEARING EN BANC

Entered: October 31, 2006

In view of the revised and reissued decision by the panel, the suggestion for rehearing en banc is dismissed as moot without prejudice to a suggestion for rehearing en banc directed to the new decision.

<u>It is so ordered</u>.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Morris E. Lasker and Ms. Sarah A. Thornton. Copies to Mr. Liston, Ms. Barclay, Ms. Chaitowitz, Mr. Levenson, Mr. Viveiros & Mr. Wales.]