# United States Court of Appeals
## For the First Circuit

Nos. 05-2125, 05-2228

UNITED STATES OF AMERICA,

Appellee,

v.

JAMIE EDELKIND,

Defendant, Appellant.

**JUDGMENT**

Entered: October 31, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Jamie Edelkind's convictions are affirmed.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Liston, Ms. Barclay, Ms. Chaitowitz, Mr. Levenson, Mr. Viveiros & Mr. Wales.]