# United States Court of Appeals
## For the First Circuit

04 - 10066
USDC/MA
Lasker, J

## MANDATE

Nos. 05-2125, 05-2228

UNITED STATES OF AMERICA,

Appellee,

v.

JAMIE EDELKIND,

Defendant, Appellant.

---

### JUDGMENT

Entered: September 13, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Jamie Edelkind's convictions are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/13/06

By the Court:
**RICHARD CUSHING DONOVAN**

Richard Cushing Donovan, Clerk

[cc: Mr. Liston, Ms. Barclay, Ms. Chaitowitz, Mr. Levenson, Mr. Viveiros & Mr. Wales.]