11-9-2007

[return address, illegible]

Clerk of Court
U.S. District Court
1 Courthouse Way #2300
Boston, MA 02110

FILED
IN CLERKS OFFICE

2007 NOV 20  A 10 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk,

I have several matters before the court, [illegible] update my address on them to the following: (exactly)

    Jamie Edelkind - 11886-035
    Legal Mail - Open in
    presence of Inmate - No. PS6265
    F.C.I. [illegible]
    [illegible], Pa. 17949

The cases are 1. Edelkind v. [illegible] (may be 2 cases)
    2. Edelkind v. [illegible]
    3. [illegible] v. Edelkind
    4. Edelkind v. U.S. District [illegible]

[illegible several lines]

#'s 1, 2, and 3 above. My legal [illegible]
was sent to [illegible].

If any [illegible] has occurred since [illegible] please send through [illegible].

Sincerely, Jamie [illegible]